AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ALI FIDAN and ECE KARAGOZ <br><br> *Plaintiff(s)* <br><br> v. <br><br> ISTANBUL REGO PARK INC. d/b/a BLACK SEA FISH AND GRILL, ALI GULU, YASIN CABIK, YURI DOE, and YUJIN DOE, <br><br> *Defendant(s)* | Civil Action No. 22cv2252 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ISTANBUL REGO PARK INC.
d/b/a BLACK SEA FISH AND GRILL
95-36 Queens Boulevard Rego Park, NY 11374.

ALI GULU, YASIN CABIK, YURI DOE,
and YUJIN DOE
95-36 Queens Boulevard Rego Park, NY 11374.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  AKIN LAW GROUP PLLC
45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400   Fax. (212) 825-1440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/20/2022   /s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*