UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALI FIDAN and ECE KARAGOZ,

                       Plaintiffs,

      -against-

ISTANBUL REGO PARK INC. d/b/a BLACK SEA
FISH AND GRILL, ALI GULU, YASIN CABUK,
YURI DOE, and YUJIN DOE,

                       Defendants.
-----------------------------------------------------------------X

**Case No.:** 1:22-cv-2252 (ENV) (SJB)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above captioned case.  I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       July 28, 2022

                                      Respectfully submitted,

                                      **MILMAN LABUDA LAW GROUP PLLC**

                                      */s Emanuel Kataev, Esq.*
                                    Emanuel Kataev, Esq.
                                    3000 Marcus Avenue, Suite 3W8
                                    Lake Success, NY 11042-1073
                                    (516) 328-8899 (office)
                                    (516) 303-1395 (direct dial)
                                    (516) 328-0082 (facsimile)
                                    emanuel@mllaborlaw.com

                                    *Attorneys for Defendants*

**VIA ECF**
Akin Law Group PLLC
<u>Attn</u>: Messrs. Robert D. Salaman & Zafer Akin, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
zafer@akinlaws.com

*Attorneys for Plaintiffs*