# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

July 28, 2022

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Sanket J. Bulsara, U.S.M.J.
225 Cadman Plaza East
Courtroom 324N
Brooklyn, NY 11201-1804

      *Re:*    **Fidan,** *et ano.* **v. Istanbul Rego Park Inc.,** *et al.*
             **Case No.: 1:22-cv-2252 (ENV) (SJB)**
             <u>**MLLG File No.: 101-2022**</u>

Dear Judge Bulsara:

      This office represents the Defendants in the above-referenced case. Defendants write, with Plaintiff's consent, to respectfully request a two (2) week extension of time to respond to the complaint in this case.

      Pursuant to ¶ II(A) of this Court's Individual Practices, Defendants submit that: (i) the original date to respond to the complaint is unknown as no affidavit of service has been filed on the docket; (ii) the reason for the requested extension is because your undersigned needs additional time to investigate the allegations; and (iii) the Plaintiffs consent to this motion and also join in a request for a mediation referral Order.

      Accordingly, Defendants respectfully submit that there is good cause for the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A). Defendants thank this Court for its time, attention, and continued courtesies in this case.

Dated: Lake Success, New York
       July 28, 2022                            Respectfully submitted,

                                           **MILMAN LABUDA LAW GROUP PLLC**

                                           <u>*/s/ Emanuel Kataev, Esq.*</u>
                                           Emanuel Kataev, Esq.
                                           3000 Marcus Avenue, Suite 3W8
                                           Lake Success, NY 11042-1073
                                           (516) 328-8899 (office)
                                           (516) 328-0082 (facsimile)
                                           emanuel@mllaborlaw.com

                                           *Attorneys for Defendants*

**VIA ECF**
Akin Law Group PLLC
<u>Attn</u>: Messrs. Robert D. Salaman & Zafer Akin, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
zafer@akinlaws.com

*Attorneys for Plaintiffs*