# AKIN LAW GROUP PLLC
**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
Tel. (212) 825-1400    Fax. (212) 825-1440

August 17, 2022

<u>**Via ECF**</u>

The Honorable Eric N. Vitaliano, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4C South
Brooklyn, NY 11201-1804

   **Re:** *Fidan & Karagoz v. Istanbul Rego Park Inc., et al.*
      Case No. 22-CV-2252 (ENV) (SJB)

Dear Judge Vitaliano:

  This firm represents Plaintiffs Fidan and Karagoz in the above-referenced matter. On August 12, 2022, Defendants filed a letter motion for a pre-motion conference regarding their anticipated motion to dismiss for failure to state a claim upon which relief can be granted.

  The parties thereafter met and conferred, and write jointly to respectfully request a stay to permit the parties to engage in settlement discussions and conduct a mediation.

  Accordingly, we respectfully request that the Court issue a Mediation Referral Order, referring this case to mediation through the Eastern District of New York, and to stay Plaintiff's deadline to respond to Defendants' letter motion *sine die* pending settlement and mediation efforts. We thank the Court for its time and attention to this matter.

                Respectfully submitted,

                **Akin Law Group PLLC**

                */s/ Robert D. Salaman*
                _____

                Robert D. Salaman, Esq.
                45 Broadway, Suite 1420
                New York, NY 10006
                (212) 825-1400
                rob@akinlaws.com

                *Counsel for Plaintiffs*

cc: Emanuel Kataev, Esq.
   emanuel@mllaborlaw.com
   *Counsel for Defendants*