# AKIN LAW GROUP PLLC

45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400    Fax. (212) 825-1440

September 21, 2022

**Via ECF**

The Honorable Eric N. Vitaliano, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        **Re:**   *Fidan & Karagoz v. Istanbul Rego Park Inc., et al.*
                Case No. 22-CV-2252 (ENV) (SJB)

Dear Judge Vitaliano:

    This firm represents Plaintiffs Fidan and Karagoz (collectively, "Plaintiffs") in the above-referenced matter. We have conferred with Defendants' counsel and the parties jointly propose the following briefing schedule for Defendants' Motion to Dismiss:

    -Defendants' Motion to Dismiss on or before 11/1/2022
    -Plaintiffs' Opposition on or before 12/1/2022
    -Defendants' Reply (if any) on or before 1/3/2023

    We thank the Court for its time and attention to this matter.

                                            Respectfully submitted,

                                            **Akin Law Group PLLC**

                                            */s/ Robert D. Salaman*
                                            _____
                                            Robert D. Salaman
                                            45 Broadway, Suite 1420
                                            New York, NY 10006
                                            (212) 825-1400
                                            rob@akinlaws.com

                                            *Counsel for Plaintiffs*

cc:    Emanuel Kataev
         *Counsel for Defendants*