# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 3, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Eric N. Vitaliano, U.S.D.J.
225 Cadman Plaza East
Courtroom 4C South
Brooklyn, NY 11201-1804

   *Re:* **Fidan,** *et ano.* **v. Istanbul Rego Park Inc.,** *et al.*
      <u>Case No.: 1:22-cv-2252 (ENV) (SJB)</u>
      <u>MLLG File No.: 101-2022</u>

Dear Judge Vitaliano:

  Happy new year!  This office represents the Defendants in the above-referenced case. Defendants write, with Plaintiff's consent, to respectfully request a one (1) week extension of time – until Tuesday, January 10, 2023 – to submit Defendants' reply memorandum of law in further support of their motion to dismiss for failure to state a claim upon which relief can be granted.

  Pursuant to ¶ I(H) of this Court's Individual Motion Practice and Rules, Defendants respectfully submit that: (i) the original date to submit a reply memorandum of law is today, January 3, 2023; (ii-iii) there have been no previous requests for an extension of time of this deadline; (iv) the reason for the requested extension is because your undersigned was regrettably confined to bed rest with a severe flu from Friday, December 30, 2022 until yesterday and was unable to complete the reply papers; and (v) the Plaintiffs consent to this request.

  Accordingly, Defendants respectfully submit that there is good cause for the requested extension of time.  <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).  Defendants thank this Court for its time, attention, and continued courtesies in this case.

Dated: Lake Success, New York
    January 3, 2023        Respectfully submitted,
                  **MILMAN LABUDA LAW GROUP PLLC**
                  <u>*/s/ Emanuel Kataev, Esq.*</u>
                  Emanuel Kataev, Esq.
                  3000 Marcus Avenue, Suite 3W8
                  Lake Success, NY 11042-1073
                  (516) 328-8899 (office)
                  (516) 328-0082 (facsimile)
                  emanuel@mllaborlaw.com

                  *Attorneys for Defendants*

**VIA ECF**
Akin Law Group PLLC
Attn: Messrs. Robert D. Salaman & Zafer Akin, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
zafer@akinlaws.com

*Attorneys for Plaintiffs*