**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 5, 2023

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Eric N. Vitaliano, U.S.D.J.
225 Cadman Plaza East
Courtroom 4C South
Brooklyn, NY 11201-1804

***Re:*** **Fidan, *et ano.* v. Istanbul Rego Park Inc., *et al.***
**Case No.: 1:22-cv-2252 (ENV) (SJB)**
**MLLG File No.: 101-2022**

Dear Judge Vitaliano:

This office represents the Defendants in the above-referenced case. Defendants write to notify this Court that Defendant Istanbul Rego Park Inc. (hereinafter "Istanbul") has filed a voluntary petition for bankruptcy under Chapter 11 of the United States Bankruptcy Code.

Although the petition was filed on December 2, 2022, your undersigned first learned of the filing this morning from Istanbul's bankruptcy counsel. The petition was filed in the United States Bankruptcy Court for the Eastern District of New York and bears case number 1-22-43000-nhl. It is before the Hon. Nancy Hershey Lord, U.S.B.J.

Based on the foregoing, Defendants respectfully request that the entire case be stayed pursuant to 11 U.S.C. § 362. Defendants thank this honorable Court for its time and attention to this case.

Dated: Lake Success, New York
January 5, 2023

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*

**VIA ECF**
Akin Law Group PLLC
Attn: Messrs. Robert D. Salaman & Zafer Akin, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
zafer@akinlaws.com

*Attorneys for Plaintiffs*