**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

January 13, 2023

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Eric N. Vitaliano, U.S.D.J.
225 Cadman Plaza East
Courtroom 4C South
Brooklyn, NY 11201-1804

***Re:*** **Fidan, *et ano.* v. Istanbul Rego Park Inc., *et al.***
**Case No.: 1:22-cv-2252 (ENV) (SJB)**
**MLLG File No.: 101-2022**

Dear Judge Vitaliano:

This office represents the Defendants in the above-referenced case. Defendants write, with Plaintiff's consent, to respectfully request a six (6) day extension of time – until Monday, January 16, 2023 – to submit Defendants' reply memorandum of law in further support of their motion to dismiss for failure to state a claim upon which relief can be granted.

Pursuant to ¶ I(H) of this Court's Individual Motion Practice and Rules, Defendants respectfully submit that: (i) the original date to submit a reply memorandum of law was Tuesday, January 10, 2023; (ii-iii) there has been one (1) previous request for an extension of time of this deadline, and it was granted on consent of Plaintiffs; (iv) the reason for the requested extension is because your undersigned continues to suffer from a virus, was out of the office most of this week, and was unable to complete the reply papers; and (v) the Plaintiffs consent to this request.

Accordingly, Defendants respectfully submit that there is good cause for the requested extension of time. See Fed. R. Civ. P. 6(b)(1)(A). Defendants thank this Court for its time, attention, and continued courtesies in this case.

Dated: Lake Success, New York
January 13, 2023

Respectfully submitted,
**MILMAN LABUDA LAW GROUP PLLC**
*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*

**VIA ECF**
Akin Law Group PLLC
Attn: Messrs. Robert D. Salaman & Zafer Akin, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
zafer@akinlaws.com

*Attorneys for Plaintiffs*