UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALI FIDAN and ECE KARAGOZ,

Plaintiffs,

-against-

ISTANBUL REGO PARK INC. d/b/a BLACK SEA FISH AND GRILL, ALI GULU, YASIN CABUK, YURI DOE, and YUJIN DOE,

Defendants.
---------------------------------------------------------------X

**Case No.:** 1:22-cv-2252 (ENV) (SJB)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, upon the accompanying declaration of Emanuel Kataev, Esq. dated November 1, 2022, the memorandum of law in support, and all the prior papers and proceedings herein, the Defendants will move this Court, before the Hon. Eric N. Vitaliano, U.S.D.J., at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Courtroom 4C South, Brooklyn, NY 11201-1804, for an Order granting Defendants' motion dismissing all of Plaintiff's claims for failure to state a claim upon which relief can be granted, or – in the alternative – dismissing all of Plaintiff's claims under federal law and declining to exercise supplemental jurisdiction over Plaintiff's pendent state law claims, and for such other and further relief as the Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE**, that based on this Court's Order dated September 22, 2022, Plaintiff's opposition papers are due on December 1, 2022 and Defendants' reply papers in further support are due on January 3, 2023.

Dated: Lake Success, New York
November 1, 2022

**MILMAN LABUDA LAW GROUP PLLC**

By: */s Emanuel Kataev, Esq.*___________

Netanel Newberger, Esq.
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
netanel@mllaborlaw.com
emanuel@mllaborlaw.com

*Attorneys for Defendants*

**VIA ECF**

Akin Law Group PLLC
Attn: Messrs. Robert D. Salaman & Zafer Akin, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
zafer@akinlaws.com

*Attorneys for Plaintiffs*