**AKIN LAW GROUP PLLC**
45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400 Fax. (212) 825-1440

February 6, 2023

**Via ECF**

United States District Court
Eastern District of New York
Honorable Sanket J. Bulsara
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Fidan, et al. v. Istanbul Rego Park Inc., et al.***
Case No. 22-CV-2252 (ENV) (SJB)
**Consent Letter Motion for an Adjournment of the February 14, 2023 Status Conference**

Dear Judge Bulsara:

Our office represents Plaintiffs Ali Fidan and Ece Karagoz (collectively, "Plaintiffs") in the above-referenced matter. We write, with Defendants' consent, to respectfully request an adjournment of the Status Conference scheduled for Tuesday, February 14, 2023 at 2:00 p.m. The undersigned is scheduled to be in Florida from February 11 to February 15 and is unable to appear in person on February 14. The parties are available to appear for the Status Conference on February 20, February 23, or another date and time convenient for the Court.

This is the first request for an extension and will not affect any of the current discovery deadlines.

We thank the Court for its attention to this matter.

Respectfully submitted,

**Akin Law Group PLLC**

*/s/ Robert D. Salaman*________
Robert D. Salaman
45 Broadway, Suite 1420
New York, NY 10006
(212) 825-1400

*Attorneys for Plaintiff*

cc: Emanuel Kataev (via ECF)
Attorneys for Defendants