**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 9, 2023

**VIA ECF**
United States District Court
Eastern District of New York
Attn: Hon. Sanket J. Bulsara, U.S.M.J.
225 Cadman Plaza East
Courtroom 324N
Brooklyn, NY 11201-1804

***Re:*** **Fidan, *et ano.* v. Istanbul Rego Park Inc., *et al.***
**Case No.: 1:22-cv-2252 (ENV) (SJB)**
**MLLG File No.: 101-2022**

Dear Judge Bulsara:

This office represents the Defendants in the above-referenced case. See ECF Docket Entry 5. Defendants write to respectfully request an adjournment of today's conference scheduled to proceed at 1:00 PM.

Pursuant to this Court's Individual Practices ¶ II(A):

(i) the original date is set forth above and Defendants will submit a letter with proposed new dates upon conferring with Plaintiffs;

(ii) the reason for the request is because your undersigned will be defending a Court Ordered deposition in the matter of Stidhum v. 161-10 Hillside Auto Ave, LLC, *et al.*, Case No.: 1:21-cv-7163 (HG) (LB); and

(iii) Defendants were unable to contact Plaintiffs to determine whether they consent due to deposition preparation in the Stidhum matter and, as such, will supplement their submission upon conferring with Plaintiffs. Your undersigned apologizes for this belated request occasioned by both an oversight in our firm calendar and due to having focused on preparation for depositions in the Stidhum matter scheduled for tomorrow and Friday this week.

Accordingly, Defendants respectfully request that this Court adjourn the conference and that sufficient good cause exists in light of the conflict raised in this letter. See Fed. R. Civ. P. 6(b)(1)(A).

Defendants thank this Court for its time, attention, and anticipated courtesies in this case and again apologizes for any inconvenience.

Dated: Lake Success, New York
March 9, 2023

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*

**VIA ECF**

Akin Law Group PLLC
Attn: Messrs. Robert D. Salaman & Zafer Akin, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
zafer@akinlaws.com

*Attorneys for Plaintiffs*