**AKIN & SALAMAN**
**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
**Tel. (212) 825-1400 Fax. (212) 825-1440**

May 25, 2023

**Via ECF**

United States District Court
Eastern District of New York
Honorable Sanket J. Bulsara
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Fidan, et al. v. Istanbul Rego Park Inc., et al.***
Case No. 22-CV-2252 (ENV) (SJB)
**Joint Letter Motion for an Extension of the Fact Discovery Deadline and an Adjournment of the June 5, 2023 Status Conference**

Dear Judge Bulsara:

Our office represents Plaintiffs Ali Fidan and Ece Karagoz (collectively, "Plaintiffs") in the above-referenced matter. We write, jointly with Defendants' counsel, to respectfully request a 60-day extension of the fact discovery deadline from June 5, 2023 to August 4, 2023. This is the parties' first request for an extension.

Paper discovery has mostly been exchanged and depositions remain outstanding. Defendants' counsel has a trial before Hon. Jed S. Rakoff (SDNY) scheduled to commence in early June 2023 and last approximately two weeks. As such, the parties also request that the Status Conference on June 5, 2023 be adjourned to a date and time convenient for the Court in late June or July 2023.

We thank the Court for its attention to this matter.

Respectfully submitted,

**Akin & Salaman**

*/s/ Robert D. Salaman*________
Robert D. Salaman
45 Broadway, Suite 1420
New York, NY 10006
(212) 825-1400

*Attorneys for Plaintiffs*

cc: Emanuel Kataev (via ECF)
Attorneys for Defendants