# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
————————

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

July 17, 2023

<u>**VIA ECF**</u>
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Sanket J. Bulsara, U.S.M.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, NY 11201-1804

      *Re:*     **Fidan,** *et ano.* **v. Istanbul Rego Park Inc.,** *et al.*
                **Case No.: 1:22-cv-2252 (ENV) (SJB)**
                <u>**MLLG File No.: 101-2022**</u>

Dear Judge Bulsara:

      This office represents the Defendants in the above-referenced case.  Defendants write in accordance with this Court's Order to Show Cause dated July 12, 2023 directing the submission of a letter explaining the reason the reason for your undersigned's failure to appear before the Court for the conference scheduled on July 12, 2023 and why Plaintiffs' counsel should not be awarded reasonable attorneys' fees.

      Your undersigned humbly apologizes to both the Court and Plaintiffs' counsel for his failure to appear at the 2:00 PM conference on Wednesday, July 12, 2023.  I respectfully submit that I was and remain on trial before the Hon. Lewis J. Liman, U.S.D.J. in the matter of <u>Edelman v. NYU Langone Health System, *et al.*</u>; Case No.: 1:21-cv-502 (LJL) (GWG).  The trial began on Monday, July 10, 2023 and we expect the close of evidence to occur tomorrow.  Besides the normal rigors of trial preparation and conducting the trial, an additional reason for your undersigned's failure to appear was because this conference was not calendared in our firm calendar.  Had your undersigned been aware of the conference (if it was calendared), I would have certainly sought an appropriate adjournment.  Regrettably, this was not the case, and I again apologize to the Court and Plaintiffs' counsel for this oversight on my part.

      I deeply apologize for the inconvenience caused.  This is the first time I have failed to appear in this case since first entering my notice of appearance, and I have timely appeared for every conference in this case prior to this time.

      Accordingly, Defendants respectfully seek the Court's mercy for their failure to appear by undersigned counsel.  It is respectfully submitted that the ongoing trial constitutes excusable neglect and serves as good cause.  Further, your undersigned has already calendared the July 31, 2023 conference and will be sure to be there.  Defendants thank this Court for its time, attention, and anticipated courtesies in this case.

Dated: Lake Success, New York
      July 17, 2023

                    Respectfully submitted,

                    **MILMAN LABUDA LAW GROUP PLLC**

                    *__/s Emanuel Kataev, Esq.*_____
                    Emanuel Kataev, Esq.
                    3000 Marcus Avenue, Suite 3W8
                    Lake Success, NY 11042-1073
                    (516) 328-8899 (office)
                    (516) 303-1395 (direct dial)
                    (516) 328-0082 (facsimile)
                    emanuel@mllaborlaw.com

                    *Attorneys for Defendants*

**VIA ECF**
Akin Law Group PLLC
<u>Attn</u>: Messrs. Robert D. Salaman & Zafer Akin, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
zafer@akinlaws.com

*Attorneys for Plaintiffs*