**AKIN & SALAMAN**
45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel.  (212) 825-1400    Fax.  (212) 825-1440

August 14, 2023

<u>**Via ECF**</u>

United States District Court
Eastern District of New York
Honorable Sanket J. Bulsara
225 Cadman Plaza East
Brooklyn, NY 11201

   **Re:**  *Fidan, et al. v. Istanbul Rego Park Inc., et al.*
       Case No. 22-CV-2252 (ENV) (SJB)
       **<u>Joint Status Letter</u>**

Dear Judge Bulsara:

  Our office represents Plaintiffs Ali Fidan and Ece Karagoz (collectively, "Plaintiffs") in the above-referenced case.

  Pursuant to Your Honor's July 31, 2023 Order, we write jointly with Defendants' counsel to advise the Court of a status update. As for Discovery, the parties still have some paper discovery outstanding and are working those issues out.  Depositions remain outstanding, but are currently expected to be completed before the September 30, 2023 deadline.

  Additionally, we wish to express our mutual interest in pursuing a second mediation session to further explore the possibility of resolving the matter at hand amicably. The second mediation is currently scheduled for September 21, 2023.

  We thank the Court for its attention to this matter.

              Respectfully submitted,

              **Akin & Salaman**

              */s/ Robert D. Salaman*
              Robert D. Salaman
              45 Broadway, Suite 1420
              New York, NY 10006
              (212) 825-1400

              *Attorneys for Plaintiffs*

cc:  Emanuel Kataev (via ECF)
   Attorneys for Defendants