# MILMAN LABUDA LAW GROUP PLLC
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

September 26, 2023

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Sanket J. Bulsara, U.S.M.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, NY 11201-1804

      *Re:*    **Fidan,** *et ano.* **v. Istanbul Rego Park Inc.,** *et al.*
             **Case No.: 1:22-cv-2252 (ENV) (SJB)**
             <u>**MLLG File No.: 101-2022**</u>

Dear Judge Bulsara:

      This office represents the Defendants in the above-referenced case. Defendants write jointly with Plaintiffs to respectfully request a sixty (60) day extension of time to complete discovery due to continuing settlement discussions as further outlined below.

      Pursuant to ¶ II(A) of this Court's Individual Practices, the parties submit that: (i) the original date to complete discovery is September 30, 2023; (ii) the reason for the requested extension is because the parties participated in a virtual mediation on Thursday, September 21, 2023, are continuing to discuss resolution, and have agreed to continue mediation on Thursday, October 12, 2023; and (iii) the Plaintiffs join in the request for an extension of time.

      The parties respectfully submit that there is good cause for the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A). In addition, the parties respectfully submit that the request is in line with the Federal Rules of Civil Procedure (hereinafter the "Rules" or "Rule"), which requires that the Rules be construed, administered, and <u>employed</u> <u>by</u> <u>the</u> <u>court</u> and the parties to secure the <u>just</u>, <u>speedy</u>, and <u>inexpensive</u> determination of every action and proceeding. <u>See</u> Fed. R. Civ. P. 1 (emphasis added).

      Accordingly, this Court should exercise its discretion in favor of granting the request for an extension of time.

      The parties thank this Court for its time, attention, and continued courtesies in this case.

Dated: Lake Success, New York
September 26, 2023

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

__/s/ Emanuel Kataev, Esq.__
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 (direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*

**VIA ECF**
Akin Law Group PLLC
Attn: Messrs. Robert D. Salaman & Hakan Sen, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
hakan@akinlaws.com

*Attorneys for Plaintiffs*