**AKIN & SALAMAN**
45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel.  (212) 825-1400    Fax.  (212) 825-1440

December 5, 2023

<u>**Via ECF**</u>

United States District Court
Eastern District of New York
Honorable Sanket J. Bulsara
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    ***Fidan, et al. v. Istanbul Rego Park Inc., et al.***
               Case No. 22-CV-2252 (ENV) (SJB)
               <u>**Joint Status Letter**</u>

Dear Judge Bulsara:

      Our office represents Plaintiffs Ali Fidan and Ece Karagoz (collectively, "Plaintiffs") in the above-referenced matter.

      We write on behalf of all parties to inform the Court that the parties have reached a settlement in principle.  The parties are in the process of drafting the settlement paperwork and will file for judicial approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) in short order.

      We thank the Court for its attention to this matter.

                                                    Respectfully submitted,

                                                    **Akin & Salaman**

                                                    <u>*/s/ Robert D. Salaman*</u>
                                                    Robert D. Salaman
                                                    45 Broadway, Suite 1420
                                                    New York, NY 10006
                                                    (212) 825-1400

                                                    *Attorneys for Plaintiffs*

cc:  Emanuel Kataev (via ECF)
      Attorneys for Defendants