**AKIN & SALAMAN**
**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
**Tel. (212) 825-1400 Fax. (212) 825-1440**

December 27, 2023

**Via ECF**

United States District Court
Eastern District of New York
Honorable Sanket J. Bulsara
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Fidan, et al. v. Istanbul Rego Park Inc., et al.***
Case No. 22-CV-2252 (ENV) (SJB)
**Joint Letter Motion for Extension of Time to File for Settlement Approval**

Dear Judge Bulsara:

Our office represents Plaintiffs Ali Fidan and Ece Karagoz (collectively, "Plaintiffs") in the above-referenced matter.

We write on behalf of all parties to respectfully request a two-week extension from December 27, 2023 to January 10, 2024 to file for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties are in the process of executing the settlement paperwork and do not anticipate the need for any further extensions.

We thank the Court for its attention to this matter.

Respectfully submitted,

**Akin & Salaman**

*/s/ Robert D. Salaman*
Robert D. Salaman
45 Broadway, Suite 1420
New York, NY 10006
(212) 825-1400

*Counsel for Plaintiffs*

cc: Emanuel Kataev (via ECF)
Attorneys for Defendants