**AKIN & SALAMAN**
**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
**Tel. (212) 825-1400 Fax. (212) 825-1440**

January 19, 2024

**Via ECF**

United States District Court
Eastern District of New York
Honorable Sanket J. Bulsara
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Fidan, et al. v. Istanbul Rego Park Inc., et al.***
Case No. 22-CV-2252 (ENV) (SJB)
**Joint Letter Motion for Extension of Time to File for Settlement Approval**

Dear Judge Bulsara:

Our office represents Plaintiffs Ali Fidan and Ece Karagoz (collectively, "Plaintiffs") in the above-referenced matter.

We write on behalf of all parties to respectfully request a brief one-week extension from January 19, 2024 to January 26, 2024 to file for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties have agreed on all settlement language and are just awaiting signatures from certain parties.

We thank the Court for its attention to this matter.

Respectfully submitted,

**Akin & Salaman**

*/s/ Robert D. Salaman*
Robert D. Salaman
45 Broadway, Suite 1420
New York, NY 10006
(212) 825-1400

*Counsel for Plaintiffs*

cc: Emanuel Kataev (via ECF)
Attorneys for Defendants