# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

February 27, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Sanket J. Bulsara, U.S.M.J.
225 Cadman Plaza East
Courtroom 13C South
Brooklyn, NY 11201-1804

      *Re:*    **Fidan,** *et ano.* **v. Istanbul Rego Park, Inc.,** *et al.*
             **Case No.: 1:22-cv-2252 (ENV) (SJB)**

Dear Judge Bulsara:

      This firm is substituting in as counsel to the Defendants in this case, and respectfully submits this letter to enclose a fully executed stipulation of substitution of counsel. Defendants respectfully request that this Court "so Order" the stipulation, and thanks this Court for its time and attention to this case.

Dated: Jamaica, New York
       February 27, 2024                Respectfully submitted,

                                            **SAGE LEGAL LLC**
                                            */s/ Emanuel Kataev, Esq.*
                                            Emanuel Kataev, Esq.
                                            18211 Jamaica Avenue
                                            Jamaica, NY 11423-2327
                                            (718) 412-2421 (office)
                                            (917) 807-7819 (cellular)
                                            (718) 489-4155 (facsimile)
                                            emanuel@sagelegal.nyc

                                            *Attorneys for Defendants*

**VIA ECF**
Akin & Salaman
<u>Attn</u>: Messrs. Robert D. Salaman & Hakan Sen, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
hakan@akinlaws.com

*Attorneys for Plaintiffs*