UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALI FIDAN and ECE KARAGOZ,

                      Plaintiffs,

      -against-

ISTANBUL REGO PARK INC. d/b/a BLACK SEA
FISH AND GRILL, ALI GULU, YASIN CABUK,
YURI DOE, and YUJIN DOE,

                      Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-2252 (ENV) (SJB)

**STIPULATION OF
SUBSTITUTION OF COUNSEL**

       **IT IS HEREBY STIPULATED AND CONSENTED** that Sage Legal LLC, with offices at 18211 Jamaica Avenue, Jamaica, NY 11423-2327, be and hereby are substituted in place and instead of Milman Labuda Law Group PLLC, with offices at 3000 Marcus Avenue, Suite 3W8, Lake Success, NY 11042-1073, as attorneys for Defendants Istanbul Rego Park Inc., Ali Gulu, and Yasin Cabuk in the above-captioned case and that this substitution be entered into effect without further notice.

       **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

Dated: Jamaica, New York
       February 5, 2024

Dated: Lake Success, New York
       February 26, 2024

**SAGE LEGAL LLC**

/s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
mail@emanuelkataev.com

**MILMAN LABUDA LAW GROUP PLLC**

By: _____
Jamie Scott Felsen, Esq.
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1391 (direct dial)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com

Dated: Brooklyn, New York
       February ____, 2024

So Ordered:

_____, U.S. ___ J.

By: ___/s/_____
    Istanbul Rego Park Inc.

By: ___/s/_____
    Ali Gulu

By: ___/s/_____
    Yasin Cabuk

<u>VIA ECF</u>
Akin Law Group PLLC
<u>Attn</u>: Messrs. Robert D. Salaman & Zafer Akin, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
zafer@akinlaws.com

*Attorneys for Plaintiffs*