**AKIN & SALAMAN PLLC**
45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel.  (212) 825-1400    Fax.  (212) 825-1440

March 25, 2024

<u>**Via ECF**</u>

United States District Court
Eastern District of New York
Honorable Sanket J. Bulsara
225 Cadman Plaza East
Brooklyn, NY 11201

   **Re:** *Fidan, et al. v. Istanbul Rego Park Inc., et al.*
      Case No. 22-CV-2252 (ENV) (SJB)
      <u>**Letter Motion for Extension of Time to File for Settlement Approval**</u>

Dear Judge Bulsara:

  Our office represents Plaintiffs Ali Fidan and Ece Karagoz in the above-referenced matter.

  We write on behalf of all parties to respectfully request a brief one-week extension from March 25, 2024 to April 1, 2024 to file a revised settlement agreement for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties are working on finalizing the revised language and anticipate no further requests for extension.

  We thank the Court for its attention to this matter.

                Respectfully submitted,

                **Akin & Salaman PLLC**

                <u>*/s/ Robert D. Salaman*</u>
                Robert D. Salaman
                45 Broadway, Suite 1420
                New York, NY 10006
                (212) 825-1400

                *Counsel for Plaintiffs*

cc: Emanuel Kataev (via ECF)
   Attorneys for Defendants