**AKIN & SALAMAN PLLC**
45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel.  (212) 825-1400    Fax.  (212) 825-1440

April 2, 2024

**Via ECF**

United States District Court
Eastern District of New York
Honorable Sanket J. Bulsara
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    *Fidan, et al. v. Istanbul Rego Park Inc., et al.*
              Case No. 22-CV-2252 (ENV) (SJB)
              **Letter Motion for Extension of Time to File for Settlement Approval**

Dear Judge Bulsara:

      Our office represents Plaintiffs Ali Fidan and Ece Karagoz in the above-referenced matter.

      We write on behalf of all parties to respectfully request a brief extension from Monday, April 1, 2024 to Friday, April 5, 2024 to file a revised settlement agreement for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  The parties are working on finalizing and initialing the revised language.

      We thank the Court for its attention to this matter.

                                                            Respectfully submitted,

                                                            **Akin & Salaman PLLC**

                                                            */s/ Robert D. Salaman*
                                                            Robert D. Salaman
                                                            45 Broadway, Suite 1420
                                                           New York, NY 10006
                                                           (212) 825-1400

                                                           *Counsel for Plaintiffs*

cc:  Emanuel Kataev (via ECF)
      Attorneys for Defendants