**AKIN & SALAMAN PLLC**
45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400    Fax. (212) 825-1440

April 1, 2024

<u>**Via ECF**</u>

United States District Court
Eastern District of New York
Honorable Sanket J. Bulsara
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Fidan, et al. v. Istanbul Rego Park Inc., et al.*
               Case No. 22-CV-2252 (ENV) (SJB)
               **Motion for Settlement Approval**

Dear Judge Bulsara:

      Our office represents Plaintiffs Ali Fidan and Ece Karagoz in the above-referenced matter. Attached please find the parties' revised settlement agreement, initialed by the attorneys of record, in accordance with Your Honor's guidance at the March 18, 2024 *Cheeks* hearing.

      We thank the Court for its attention to this matter.

                                              Respectfully submitted,

                                              **Akin & Salaman PLLC**

                                              */s/ Robert D. Salaman*
                                              Robert D. Salaman
                                              45 Broadway, Suite 1420
                                              New York, NY 10006
                                              (212) 825-1400

                                              *Counsel for Plaintiffs*

cc:  Emanuel Kataev (via ECF)
      Attorneys for Defendants