UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALI FIDAN and ECE KARAGOZ,

                           Plaintiffs,

    -against-

ISTANBUL REGO PARK INC. d/b/a BLACK SEA
FISH AND GRILL, ALI GULU, YASIN CABUK,
YURI DOE, and YUJIN DOE,

                          Defendants.
------------------------------------------------------------------X

**Case No.:** 1:22-cv-2252 (ENV) (SJB)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE**, that pursuant to Rule 72(b) of the Federal Rules of Civil Procedures (hereinafter "Rules" or "Rule") and the Memorandum of Law in Support, and all the papers and pleadings in this case, Defendants will respectfully move this Court before the Hon. Eric N. Vitaliano, U.S.D.J., on a date and time to be determined by the Court, for an Order setting aside the Hon. Sanket J. Bulsara, U.S.M.J.'s Report and Recommendation, dated April 12, 2024, denying the parties' joint letter motion for settlement approval, as well as for such other and further relief as this honorable Court deems just, equitable, and proper.

Dated: Jamaica, New York
       April 26, 2024

Respectfully submitted,
**SAGE LEGAL LLC**
 /s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
emanuel@sagelegal.nyc

*Attorneys for Defendants*

**VIA ECF**
Akin Law Group PLLC
<u>Attn</u>: Robert D. Salaman, Esq.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com

*Attorneys for Plaintiffs*