**AKIN & SALAMAN PLLC**
45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400    Fax. (212) 825-1440

October 11, 2024

<u>Via ECF</u>

United States District Court
Eastern District of New York
Honorable Eric N. Vitaliano
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:**  *Fidan, et al. v. Istanbul Rego Park Inc., et al.*
     Case No. 22-CV-2252 (ENV) (SJB)
     **<u>Letter for Update on Defendants' Motion to Set Aside</u>**

Dear Judge Vitaliano:

  Our office represents Plaintiffs Ali Fidan and Ece Karagoz (collectively, "Plaintiffs") in the above-referenced matter. We write to respectfully request an update on Defendants' April 26, 2024 Unopposed Motion to Set Aside Judge Bulsara's Report and Recommendation denying the parties' motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d. Cir 2015) (ECF Doc. Nos. 39 and 40).

  As the Court is aware, settlement payment to the Plaintiffs is conditioned upon judicial approval in this Fair Labor Standards Act ("FLSA") case. The delay in settlement payment has caused significant prejudice for the Plaintiffs. They have reached out to me frequently, expressing their distress regarding the prolonged timeline.

  We understand that writing a letter is not the standard procedure for requesting an update, and we sincerely appreciate your consideration in this matter. If this could be addressed at the court's earliest convenience, it would greatly alleviate the concerns of my clients.

  Thank you very much for your time and consideration.

              Respectfully submitted,

              **Akin & Salaman PLLC**

              */s/ Hakan Sen*
              Hakan Sen
              45 Broadway, Suite 1420
              New York, NY 10006
              (212) 825-1400

              *Counsel for Plaintiffs*

**AKIN & SALAMAN PLLC**
**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
**Tel.  (212) 825-1400    Fax.  (212) 825-1440**

cc:  Emanuel Kataev (via ECF)