**AKIN & SALAMAN PLLC**
45 BROADWAY
SUITE 1420
NEW YORK, NEW YORK 10006
Tel. (212) 825-1400    Fax. (212) 825-1440

March 14, 2025

<u>Via ECF</u>

United States District Court
Eastern District of New York
Honorable James R. Cho
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Fidan, et al. v. Istanbul Rego Park Inc., et al.*
     Case No. 22-CV-2252 (ENV) (SJB)
     **<u>Request for Additional Time to File Joint Status Report</u>**

Dear Judge Cho:

  Our office represents Plaintiffs Ali Fidan and Ece Karagoz (collectively, "Plaintiffs") in the above-referenced matter. We respectfully request a one-week extension, until March 21, 2025, to file the joint status report currently due on March 14, 2025. The additional time will allow the parties to further discuss the potential for a bifurcated settlement and/or consider consenting to Your Honor's jurisdiction moving forward.

  Thank you very much for your time and consideration.

                Respectfully submitted,

                **Akin & Salaman PLLC**

                <u>*/s/ Hakan Sen*</u>
                Hakan Sen
                45 Broadway, Suite 1420
                New York, NY 10006
                (212) 825-1400
                *Counsel for Plaintiffs*

cc: Emanuel Kataev (via ECF)