# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

April 14, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804

      *Re:*    **Fidan,** *et ano.* **v. Istanbul Rego Park, Inc.,** *et al.*
             **Case No.: 1:22-cv-2252 (ENV) (JRC)**

Dear Judge Cho:

      This firm represents the Defendants in this case, and respectfully submits this letter jointly with the Plaintiffs to apprise the Court that there is not complete unanimity between the parties as to whether to consent to a magistrate judge pursuant to Rule 73 of the Federal Rules of Civil Procedure.

      The parties thank this Court for its time and attention to this case.

Dated:  Jamaica, New York
         April 14, 2025                Respectfully submitted,

                                            **SAGE LEGAL LLC**
                                            <u>*/s/ Emanuel Kataev, Esq.*</u>
                                            Emanuel Kataev, Esq.
                                            18211 Jamaica Avenue
                                            Jamaica, NY 11423-2327
                                            (718) 412-2421 (office)
                                            (917) 807-7819 (cellular)
                                            (718) 489-4155 (facsimile)
                                            emanuel@sagelegal.nyc

                                            *Attorneys for Defendants*

**VIA ECF**
Akin & Salaman
<u>Attn</u>: Messrs. Robert D. Salaman & Hakan Sen, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
hakan@akinlaws.com

*Attorneys for Plaintiffs*