# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

June 20, 2025

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804

    *Re:*    Fidan, *et ano.* v. Istanbul Rego Park, Inc., *et al.*
            **Case No.: 1:22-cv-2252 (ENV) (JRC)**

Dear Judge Cho:

    This firm represents the Defendants in this case, and respectfully submits this consent letter motion for an extension of time to submit the parties' renewed joint letter motion for settlement approval because your undersigned has been unable to meet with his clients to execute the revised settlement agreement due to scheduling conflicts.

    Pursuant to § C(1) of this Court's Individual Practices, Plaintiff respectfully submits that: (1) the deadline Plaintiff seeks to extend falls today; (2-3) there have been no previous requests for an extension of this deadline by any party; (4) Plaintiffs consent; and (5) Plaintiff does not believe that this request affects any other scheduled Court appearance or deadline.

    Based on the foregoing, Plaintiff respectfully submits that sufficient good cause exists for this Court to exercise its discretion in favor of granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

    Defendants thank this Court for its time and attention to this case.

Dated:  Jamaica, New York
         June 20, 2025                     Respectfully submitted,

                                                         **SAGE LEGAL LLC**
                                                         <u>*/s/ Emanuel Kataev, Esq.*</u>
                                                         Emanuel Kataev, Esq.
                                                         18211 Jamaica Avenue
                                                         Jamaica, NY 11423-2327
                                                         (718) 412-2421 (office)
                                                         (917) 807-7819 (cellular)
                                                         (718) 489-4155 (facsimile)
                                                         emanuel@sagelegal.nyc

                                                         *Attorneys for Defendants*

**VIA ECF**
Akin & Salaman
<u>Attn</u>: Messrs. Robert D. Salaman & Hakan Sen, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
hakan@akinlaws.com

*Attorneys for Plaintiffs*