AKIN-CD

12/19/2023 3:13 PM

Register: Advanced Client Costs:Fidan, Ali & Karagoz, Ece
From 01/01/2022 through 12/19/2023
Sorted by: Date, Type, Number/Ref

| Date | Ref. | Payee | Account | Memo | Decrease | C | Increase | Balance |
|---|---|---|---|---|---|---|---|---|
| 04/20/2022 | | Clerk of U.S. District... | 1-TD BANK | Fidan & Karag... | | | 402.00 | 402.00 |
| 05/09/2022 | 3121 | Lexitas | 1-TD BANK [split] | Fidan - Service... | | | 376.00 | 778.00 |
| 12/07/2022 | 3171 | Resolute Systems, LLC | 1-TD BANK | Fidan & Karag... | | | 925.00 | 1,703.00 |
| 12/07/2023 | 3265 | Robert J. Kheel | 1-TD BANK | Fidan & Karag... | | | 612.50 | 2,315.50 |