| Attorney | Date | Hours | Client | Job | Hourly Rate | Total |
|---|---|---|---|---|---|---|
| Hakan | 03/28/22 | 2.00 | Fidan & Karagoz | Intake with new client - prepared forms - lexis research into Defendants | 300 | 600 |
| Hakan | 04/06/22 | 2.00 | Fidan & Karagoz | Client intake, retained, and working on DL. | 300 | 600 |
| Hakan | 04/06/22 | 2.00 | Fidan & Karagoz | Intake with new client Karagoz - prepared forms - lexis research into Defendants | 300 | 600 |
| Hakan | 04/13/22 | 0.60 | Fidan & Karagoz | Emailed Clients requesting more information. | 300 | 180 |
| Hakan | 04/15/22 | 0.60 | Fidan & Karagoz | Emailed Clients double check information. | 300 | 180 |
| Rob | 04/15/22 | 1.00 | Fidan & Karagoz | Reviewed complaint w/ Hakan | 400 | 400 |
| Hakan | 04/18/22 | 3.40 | Fidan & Karagoz | Began to draft the S&C. | 300 | 1020 |
| Hakan | 04/19/22 | 1.60 | Fidan & Karagoz | Sent draft of S&C to Clients for review. | 300 | 480 |
| Hakan | 04/20/22 | 4.00 | Fidan & Karagoz | Final edit of S&C Rob to review and file. | 300 | 1200 |
| Rob | 04/20/22 | 2.00 | Fidan & Karagoz | Revised & filed complaint + emailed PM Legal to serve | 400 | 800 |
| Hakan | 05/13/22 | 2.00 | Fidan & Karagoz | Cease and Desist ltr to Defendants. | 300 | 600 |
| Rob | 05/26/22 | 0.20 | Fidan & Karagoz | Emailed Ds atty re early mediation | 400 | 80 |
| Hakan | 07/12/22 | 0.40 | Fidan & Karagoz | Email Exchange with Clients. | 300 | 120 |
| Hakan | 07/28/22 | 0.60 | Fidan & Karagoz | T/c Exchange with Clients, they were requesting an update since the first extension. | 300 | 180 |
| Hakan | 07/29/22 | 0.60 | Fidan & Karagoz | Email Exchange with Clients and Defense Attorney. Attorney asked for two more weeks. | 300 | 180 |
| Hakan | 08/01/22 | 0.40 | Fidan & Karagoz | T/c Exchange with Clients. | 300 | 120 |
| Hakan | 08/03/22 | 0.80 | Fidan & Karagoz | Email Exchange with Clients; Explained where we are and where we are headed. | 300 | 240 |
| Hakan | 08/11/22 | 0.40 | Fidan & Karagoz | Email Exchange with Clients and Defense Attorney. | 300 | 120 |
| Rob | 08/11/22 | 0.20 | Fidan & Karagoz | Emailed w/ Ds atty re answer & mediation | 400 | 80 |
| Hakan | 08/12/22 | 0.40 | Fidan & Karagoz | Email Exchange with Clients. | 300 | 120 |
| Rob | 08/12/22 | 0.50 | Fidan & Karagoz | Reviewed Ds pre-motion ltr | 400 | 200 |
| Hakan | 08/16/22 | 1.00 | Fidan & Karagoz | Drafted Stipulation to Stay pending Mediation. | 300 | 300 |
| Rob | 08/16/22 | 0.20 | Fidan & Karagoz | Reviewed joint ltr to ct requesting mediation w/ Hakan | 400 | 80 |
| Hakan | 08/17/22 | 0.20 | Fidan & Karagoz | Email Exchange with Defense Attorney. | 300 | 60 |
| Rob | 08/22/22 | 0.20 | Fidan & Karagoz | Reviewed ct order re stay & mediation referral | 400 | 80 |
| Rob | 08/31/22 | 0.20 | Fidan & Karagoz | Emailed Ds atty re cease & desist for contacting Ps | 400 | 80 |
| Rob | 09/06/22 | 1.00 | Fidan & Karagoz | Revised & filed opp to Ds pre-mot ltr for mot to dismiss + emailed EDNY mediation office | 400 | 400 |
| Rob | 09/07/22 | 0.20 | Fidan & Karagoz | Emailed w/ Ds atty re mediators | 400 | 80 |
| Rob | 09/16/22 | 0.20 | Fidan & Karagoz | Called EDNY re mediation referral | 400 | 80 |
| Rob | 09/27/22 | 0.20 | Fidan & Karagoz | Emailed w/ Ds atty re mediator | 400 | 80 |
| Rob | 09/28/22 | 0.20 | Fidan & Karagoz | Emailed mediator to schedule mediation | 400 | 80 |
| Rob | 10/06/22 | 0.20 | Fidan & Karagoz | Emailed Ds atty re mediation | 400 | 80 |
| Rob | 10/13/22 | 0.20 | Fidan & Karagoz | Emailed w/ Ds atty & mediator to schedule mediation | 400 | 80 |
| Rob | 10/18/22 | 0.20 | Fidan & Karagoz | Emailed mediator re mediation date | 400 | 80 |
| Rob | 10/26/22 | 0.20 | Fidan & Karagoz | Emailed w/ Ds atty & mediator to schedule pre-mediation conf call | 400 | 80 |
| Rob | 10/27/22 | 0.20 | Fidan & Karagoz | Drafted Rule 26(f) report | 400 | 80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rob | 10/31/22 | 0.50 | Fidan & Karagoz | Revised & filed Rule 26f report + emailed w/ Ds atty | 400 | 200 |
| Rob | 11/01/22 | 0.50 | Fidan & Karagoz | Sent Ds damages calculations + reviewed scheduling order + emailed w/ Ds atty | 400 | 200 |
| Rob | 11/02/22 | 1.00 | Fidan & Karagoz | Reviewed Ds mot to dismiss | 400 | 400 |
| Rob | 11/04/22 | 1.00 | Fidan & Karagoz | Conf call w/ Ds atty & mediator + file review | 400 | 400 |
| Rob | 11/08/22 | 0.30 | Fidan & Karagoz | Sent Ds damages spreadsheet | 400 | 120 |
| Rob | 11/14/22 | 1.00 | Fidan & Karagoz | Sent Ds Rule 26 initial disclosures | 400 | 400 |
| Rob | 11/17/22 | 1.00 | Fidan & Karagoz | Finalized & sent mediation submission | 400 | 400 |
| Rob | 11/21/22 | 1.00 | Fidan & Karagoz | Mediation prep | 400 | 400 |
| Rob | 11/22/22 | 7.00 | Fidan & Karagoz | Mediation w/ Guilio | 400 | 2800 |
| Rob | 12/01/22 | 3.00 | Fidan & Karagoz | Revised & filed mot to dismiss opp | 400 | 1200 |
| Rob | 01/09/23 | 0.20 | Fidan & Karagoz | Reviewed ct order re stay | 400 | 80 |
| Rob | 01/17/23 | 0.20 | Fidan & Karagoz | Reviewed Ds mot to dismiss reply | 400 | 80 |
| Rob | 02/02/23 | 0.20 | Fidan & Karagoz | Emailed Ds atty re status conf adj | 400 | 80 |
| Rob | 02/06/23 | 0.20 | Fidan & Karagoz | Filed ltr w/ ct to adj status conf | 400 | 80 |
| Rob | 03/09/23 | 0.20 | Fidan & Karagoz | Reviewed Ds ltr & ct order adj status conf | 400 | 80 |
| Rob | 03/14/23 | 0.20 | Fidan & Karagoz | Emailed w/ Ds atty - granted 1-week ext to provide discovery responses | 400 | 80 |
| Hakan | 03/29/23 | 4.00 | Fidan, Ali | In person Status Conference w/ Rob. | 300 | 1200 |
| Rob | 03/29/23 | 3.00 | Fidan & Karagoz | Status conf (EDNY) + file review | 400 | 1200 |
| Hakan | 04/20/23 | 0.20 | Fidan, Ali | Emailed o/c. | 300 | 60 |
| Hakan | 05/18/23 | 0.20 | Fidan, Ali | Email follow-up D's Discovery responses. | 300 | 60 |
| Hakan | 05/19/23 | 0.20 | Fidan, Ali | Emailed D's atty for follow up. | 300 | 60 |
| Rob | 05/19/23 | 0.20 | Fidan & Karagoz | Emailed Ds atty re discovery | 400 | 80 |
| Rob | 05/22/23 | 0.20 | Fidan & Karagoz | Reviewed Ds doc production | 400 | 80 |
| Rob | 05/25/23 | 1.00 | Fidan & Karagoz | Drafted & filed ltr w/ ct for SJ adj + spoke w/ Ds atty + mot to consolidate opp | 400 | 400 |
| Rob | 05/26/23 | 0.20 | Fidan & Karagoz | Reviewed ct order adj status conf & ext fact discovery | 400 | 80 |
| Hakan | 06/09/23 | 0.60 | Fidan, Ali | Reviewed email sent from D's atty. | 300 | 180 |
| Rob | 06/09/23 | 0.20 | Fidan & Karagoz | Emailed Ds atty re discovery & settlement | 400 | 80 |
| Rob | 07/10/23 | 1.00 | Fidan & Karagoz | Drafted & filed status ltr w/ ct | 400 | 400 |
| Rob | 07/12/23 | 2.00 | Fidan & Karagoz | Status conf (EDNY) - Ds atty did not show | 400 | 800 |
| Rob | 07/18/23 | 0.20 | Fidan & Karagoz | Reviewed Ds ltr to ct re failure to appear | 400 | 80 |
| Rob | 07/31/23 | 2.00 | Fidan & Karagoz | Status conf (EDNY) | 400 | 800 |
| Rob | 08/02/23 | 0.20 | Fidan & Karagoz | Reviewed Ds discovery demands | 400 | 80 |
| Rob | 08/03/23 | 0.20 | Fidan & Karagoz | Emailed Ds atty re mediation | 400 | 80 |
| Hakan | 08/04/23 | 0.60 | Fidan, Ali | Emailed D's Atty w/ Rob. | 300 | 180 |
| Rob | 08/08/23 | 0.20 | Fidan & Karagoz | Emailed Ds atty & mediator re mediation dates | 400 | 80 |
| Rob | 08/09/23 | 0.20 | Fidan & Karagoz | Emailed w/ mediator to schedule mediation on 9/8 | 400 | 80 |
| Hakan | 08/14/23 | 0.60 | Fidan, Ali | Drafted and Sent Status Ltr to D's Atty. | 300 | 180 |
| Hakan | 08/24/23 | 0.60 | Fidan, Ali | Reviewed Mediation Statement from Mediator. | 300 | 180 |
| Rob | 08/24/23 | 0.20 | Fidan & Karagoz | Sent mediator signed mediation agreement | 400 | 80 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Hakan | 09/07/23 | 0.60 | Fidan, Ali | Emailed D's Atty. | | 300 | 180 |
| Rob | 09/19/23 | 0.20 | Fidan & Karagoz | Spoke w/ mediator | | 400 | 80 |
| Rob | 09/20/23 | 1.00 | Fidan & Karagoz | Mediation prep | | 400 | 400 |
| Rob | 09/21/23 | 4.00 | Fidan & Karagoz | Mediation w/ Robert Kheel | | 400 | 1600 |
| Rob | 09/22/23 | 0.20 | Fidan & Karagoz | Emailed Ds atty re ltr to ct | | 400 | 80 |
| Rob | 9/26/2023 | 0.2 | Fidan & Karagoz | Reviewed Ds ltr to ct for fact discovery ext | | 400 | 80 |
| Rob | 9/27/2023 | 0.5 | Fidan & Karagoz | Spoke w/ Ds atty, ct & clients & re adj depos & discovery ext | | 400 | 200 |
| Hakan | 10/10/2023 | 0.2 | Fidan, Ali | Responded to Mediator's and D's atty's email. | | 300 | 60 |
| Hakan | 10/12/2023 | 7 | Fidan, Ali | Mediation w. Robert Kheel. | | 300 | 2100 |
| Rob | 10/12/2023 | 7 | Fidan & Karagoz | Mediation w/ Robert Kheel | | 400 | 2800 |
| Rob | 10/19/2023 | 0.2 | Fidan & Karagoz | Emailed w/ Ds atty re settlement | | 400 | 80 |
| Rob | 10/23/2023 | 0.2 | Fidan & Karagoz | Emailed Ds atty re settlement | | 400 | 80 |
| Rob | 10/30/2023 | 0.2 | Fidan & Karagoz | Emailed Ds atty re settlement | | 400 | 80 |
| Rob | 11/27/2023 | 0.2 | Fidan & Karagoz | Emailed Ds atty re settlement | | 400 | 80 |
| Rob | 11/29/2023 | 0.2 | Fidan & Karagoz | Emailed w/ Ds atty re settlement | | 400 | 80 |
| Hakan | 11/30/2023 | 0.6 | Fidan, Ali | Called Client. | | 300 | 180 |
| Rob | 11/30/2023 | 0.2 | Fidan & Karagoz | Emailed w/ Ds atty - settled case for 82K | | 400 | 80 |
| Hakan | 12/5/2023 | 2.8 | Fidan, Ali | Drafted Settlement agreement and Cheeks Motion Letter. Reviewed w/ Rob. | | 300 | 840 |
| Hakan | 12/5/2023 | 0.2 | Fidan, Ali | Sent D's atty Settlement agreement. | | 300 | 60 |
| Rob | 12/5/2023 | 0.3 | Fidan & Karagoz | Filed status report w/ client + reviewed & revised settlement agreement w/ Hakan | | 400 | 120 |
| Rob | 12/19/2023 | 0.2 | Fidan & Karagoz | Emailed Ds atty re settlement agreement | | 400 | 80 |
| Rob | 12/27/2023 | 0.5 | Fidan & Karagoz | Drafted & filed ltr w/ ct for ext time to file Cheeks mot | | 400 | 200 |
| Rob | 1/12/2024 | 0.2 | Fidan & Karagoz | Emailed Ds atty re settlement agreement | | 400 | 80 |
| | | | | | Total: | | 32940 |