**AKIN & SALAMAN PLLC**
**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
Tel. (212) 825-1400    Fax. (212) 825-1440

<u>Via ECF</u>                                                           December 24, 2025

United States District Court
Eastern District of New York
Honorable James R. Cho
225 Cadman Plaza East
Brooklyn, NY 11201

  **Re:** ***Fidan, et al. v. Istanbul Rego Park Inc., et al.***
     Case No. 22-CV-2252 (ENV) (SJB)

Dear Judge Cho:

 Our office represents Plaintiffs Ali Fidan and Ece Karagoz (collectively, "Plaintiffs") in the above-referenced matter.

 Plaintiffs have not heard from Defendants' Counsel regarding consenting to the Magistrate Judge.

 Best,

                **Akin & Salaman PLLC**

                */s/ Hakan Sen*
                Hakan Sen