# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

January 12, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. James R. Cho, U.S.M.J.
225 Cadman Plaza East
Courtroom 11D South
Brooklyn, NY 11201-1804

  *Re:*  Fidan, *et ano.* v. Istanbul Rego Park, Inc., *et al.*
     <u>Case No.: 1:22-cv-2252 (ENV) (JRC)</u>

Dear Judge Cho:

  This firm represents the Defendants in this case, and respectfully submits this letter pursuant to this Court's Order dated December 29, 2025. Defendants write to confirm that the parties do not have unanimous consent to have the magistrate judge conduct all proceedings in this case.

  Defendants also humbly apologize to this Court for not having filed this response sooner as required by this Court's prior December 17, 2025 Order. Your undersigned was unable to timely do so because your undersigned counsel had to perfect a brief of a combined appeal before the United States Court of Appeals for the Second Circuit in <u>Superb Motors Inc., *et al.* v. Deo, *et al.*</u>, Docket Nos.: 25-1330(L), 25-2189(Con) on Monday, December 22, 2025, and conduct a deposition in the matter of <u>Fernandez v. Bulldozer Hospitality Group, Inc.</u>, Case No.: 1:25-cv-4490 (AS) (GS) on December 23, 2025, each of which required substantial time and attention, such that your undersigned was unable to devote the time necessary to meet this deadline the following day in light of the holiday.

  Defendants thank this Court for its time and attention to this case.

Dated: Jamaica, New York
   January 12, 2026       Respectfully submitted,

                **SAGE LEGAL LLC**
                 */s/ Emanuel Kataev, Esq.*
                Emanuel Kataev, Esq.
                18211 Jamaica Avenue
                Jamaica, NY 11423-2327
                (718) 412-2421 (office)
                (917) 807-7819 (cellular)
                (718) 489-4155 (facsimile)
                emanuel@sagelegal.nyc

                *Attorneys for Defendants*

**VIA ECF**
Akin & Salaman
<u>Attn</u>: Messrs. Robert D. Salaman & Hakan Sen, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
hakan@akinlaws.com

*Attorneys for Plaintiffs*