**AKIN & SALAMAN PLLC**
**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
**Tel. (212) 825-1400    Fax. (212) 825-1440**

<u>Via ECF</u>                                                                                          June 2, 2026

United States District Court
Eastern District of New York
Honorable Judge Eric N. Vitaliano
225 Cadman Plaza East
Brooklyn, NY 11201

   **Re:** ***Fidan, et al. v. Istanbul Rego Park Inc., et al.***
     Case No. 22-CV-2252 (ENV) (JRC)

Dear Honorable Judge Eric N. Vitaliano:

   We write respectfully on behalf of Plaintiffs Ali Fidan and Ece Karagoz in the above-referenced action to request a status update regarding the parties' pending joint motion for settlement approval.

   By way of brief background, on August 4, 2025, the parties filed a Revised Settlement Agreement and accompanying Cheeks Motion (Dkt. 48). A Telephonic Fairness/Cheeks Hearing was held before Honorable Cho on December 17, 2025. Following the hearing, the parties submitted letters on December 24, 2025 (Dkt. 49) and January 12, 2026 (Dkt. 50) whereby the parties declined to consent to the magistrate judge conduct all proceedings in this case. Since the filing of that letter, there have been no further docket entries or orders issued in this matter.

   Undersigned counsel respectfully notes that Plaintiffs have been regularly and earnestly reaching out to our firm for an update on the status of their case since the motion was filed and argued before the Court. As this litigation has been pending since April 2022, Plaintiffs are understandably eager to learn whether the Court has any concerns with the revised settlement agreement or require any additional information or documentation before issuing a ruling.

   In light of the foregoing, we respectfully request that the Court provide a status update on the pending Motion for Cheeks Approval at its earliest convenience. Plaintiffs' counsel is fully available to appear for a conference before the Court at any time that is convenient for Your Honor, should the Court find that a conference would be helpful in moving this matter toward resolution.

   We thank the Court for its continued attention to this matter and apologize for any inconvenience caused by this inquiry.

                 **Akin & Salaman PLLC**

                 */s/ Hakan Sen*
                 Hakan Sen
                 hakan@akinlaws.com