UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
ALI FIDAN and ECE KARAGOZ,                      :
                                                :
                                    Plaintiffs, :          REPORT AND
                                                :          RECOMMENDATION
           -against-                            :
                                                :          No. 22-CV-2252-ENV-JRC
ISTANBUL REGO PARK INC. d/b/a                   :
BLACK SEA FISH AND GRILL, ET AL.,               :
                                                :
                                    Defendants. :
                                                :
-----------------------------------------------------------------------x

JAMES R. CHO, United States Magistrate Judge:

The Court has reviewed the motion filed by plaintiffs on August 4, 2025, Dkt. 48-1, seeking approval of the parties' revised settlement agreement, Dkt. 48. The Court further conducted a *Cheeks* Fairness Hearing on December 17, 2025.

As reflected in this Court's Minute Entry dated December 17, 2025, for the reasons stated on the record at a telephonic *Cheeks* hearing, this Court concludes that the settlement is fair and reasonable and was reached as a result of arms-length negotiations between the parties. *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). Having reviewed the revised settlement agreement, Dkt. 48, the Court finds that "the agreement reflects a reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching." *Le v. SITA Info. Networking Computing, USA, Inc.*, No. 07-CV-86, 2008 WL 724155, at *1 (E.D.N.Y. Mar. 13, 2008) (alteration in original) (quotation omitted); *see also Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

In reaching this conclusion, the Court has considered, among other things, (1) that the settlement amount of $82,000.00, as reflected in the revised settlement agreement is substantial

and fair in light of litigation and other potential risks and is within the possible range of recovery (*see, e.g.*, *Cardenas v. A.J. Piedimonte Agric. Dev., LLC*, No. 18-CV-881, 2020 WL 3469681, at *3 (W.D.N.Y. June 25, 2020) (finding 30 percent a reasonable range of recovery and collecting cases)); (2) that the attorneys' fees and costs portion of the settlement, totaling $27,333.33, and representing one-third the total settlement amount, is reasonable and commensurate with the degree of success obtained, *see Fisher v. SD Protection Inc.*, 948 F.3d 593, 606-07 (2d Cir. 2020), and is supported by contemporaneous billing records, *Gurung v. White Way Threading LLC*, 226 F. Supp. 3d 226, 229-30 (S.D.N.Y. 2016) ("In an FLSA case, the Court must independently ascertain the reasonableness of the fee request.") (citation omitted); (3) that the release provided for in the revised settlement agreement is limited in scope; and (4) that the revised settlement agreement does not impose a duty of confidentiality.

For the reasons set forth above, the terms of the settlement are fair and reasonable and otherwise satisfy the factors set forth in *Wolinksy v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). *See Fisher*, 948 F.3d at 600 (instructing that *Wolinksy* factors guide fairness inquiry).

### Conclusion

The Court, therefore, recommends approving the settlement, and granting the motion [48] for settlement approval.

A copy of this Report and Recommendation is being electronically served on counsel. Any objections to the recommendations made in this Report must be filed with the Honorable Eric N. Vitaliano within 14 days after the filing of this Report and Recommendation and, in any event, on or before July 27, 2026. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Failure to file timely objections may waive the right to appeal the District Court's order. *See* 28 U.S.C.

2

§ 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72; *Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (*per curiam*) (discussing waiver under the former ten-day limit).

      **SO ORDERED**

Dated:  Brooklyn, New York
       July 13, 2026

                          s/ James R. Cho
                          James R. Cho
                          United States Magistrate Judge