# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

July 27, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Eric N. Vitaliano, U.S.D.J.
225 Cadman Plaza East
Courtroom 4C South
Brooklyn, NY 11201-1804

> *Re:*    **Fidan, *et ano.* v. Istanbul Rego Park, Inc., *et al.***
> **Case No.: 1:22-cv-2252 (ENV) (JRC)**

Dear Judge Vitaliano:

This firm represents the Defendants in this case, and respectfully submits this letter to advise the Court that on or about October 6, 2025, Defendants filed a petition for bankruptcy in the United States Bankruptcy Court for the Eastern District of New Yor bearing case number 1-25-44841.  In light of same, Defendants respectfully seek a stay pursuant to 11 U.S.C. § 362.

Defendants thank this Court for its time and attention to this case.

Dated: Jamaica, New York
July 27, 2026                                           Respectfully submitted,

**SAGE LEGAL LLC**
 */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*

**VIA ECF**
Akin & Salaman
<u>Attn</u>: Messrs. Robert D. Salaman & Hakan Sen, Esqs.
45 Broadway, Suite 1420
New York, NY 10006-3007
rob@akinlaws.com
hakan@akinlaws.com

*Attorneys for Plaintiffs*