# AKIN LAW GROUP PLLC

**45 BROADWAY**
**SUITE 1420**
**NEW YORK, NEW YORK 10006**
Tel.  (212) 825-1400    Fax.  (212) 825-1440

<u>**Via ECF**</u>                                                                                             July 28, 2026

United States District Court
Eastern District of New York
Honorable Eric N. Vitaliano
225 Cadman Plaza East
Courtroom 4C South
Brooklyn, NY 11201

>   **Re:**    ***Fidan, et al. v. Istanbul Rego Park Inc., et al.***
>              Case No. 22-CV-2252 (ENV) (SJB)

Dear Judge Vitaliano:

Our office represents Plaintiffs Ali Fidan and Ece Karagoz (collectively, "Plaintiffs") in the above-referenced matter.  Plaintiffs respectfully submit this letter in Opposition to Defendants' July 28, 2026 letter (ECF Doc. No. 53) requesting that the case be stayed.

Defendants represent that "Defendants filed a petition for bankruptcy," yet they identify only Bankruptcy Case No. 1-25-44841 without identifying which defendant is the debtor.  Upon reviewing the docket, the bankruptcy records reflect that the debtor in Case No. 1-25-44841 is Yasin Cabuk, an individually named Defendant, not the corporate Defendant – Istanbul Rego Park, Inc.

**Additionally, upon a review of the bankruptcy docket, the bankruptcy case is not currently active.  The case was closed on April 30, 2026.**  Since there is no current active bankruptcy case, there is no basis for the Court to stay the action.

For the foregoing reasons, Plaintiff respectfully requests that the Court DENY Defendants' application for a stay and approve Magistrate Judge Cho's July 13, 2026 Report and Recommendation for *Cheeks* approval of the FLSA settlement.  We thank the Court for its attention to this matter.

>                                        Respectfully submitted,
>
>                                        **Akin & Salaman PLLC**
>
>                                        */s/ Hakan Sen*
>                                        Hakan Sen
>                                        45 Broadway, Suite 1420
>                                        New York, NY 10006
>                                        (212) 825-1400
>
>                                        *Attorneys for Plaintiff*