**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

ALI FIDAN and ECE KARAGOZ,

Plaintiffs,

-against-

ISTANBUL REGO PARK INC. d/b/a BLACK SEA FISH AND GRILL, ALI GULU, YASIN CABUK, YURI DOE, and YUJIN DOE,

Defendants.

-----------------------------------------------------X

Case No.: 1:22-cv-2252 (ENV) (JRC)

**NOTICE OF CROSS-MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and the declaration of Emanuel Kataev, Esq. dated November 25, 2026, together with the exhibits annexed thereto, and upon all prior pleadings and proceedings had herein, Defendants Istanbul Rego Park Inc. d/b/a Black Sea Fish and Grill, Ali Gulu, Yasin Cabuk, Yuri Doe, and Yujin Doe (collectively hereinafter the "Defendants"), by and through their attorneys, Sage Legal LLC, will cross-move this Court before the Honorable Eric N. Vitaliano, U.S.D.J., at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201-1801, on a date and at a time to be set by the Court, for an Order:

(i) declaring that the debts of Defendants Ali Gulu (hereinafter "Gulu") and Yasin Cabuk (hereinafter "Cabuk") (collectively hereinafter the "Individual Defendants") arising from this case and from the parties' Settlement Agreement and Release of Wage and Hour Claims (ECF Docket Entry ("ECF") 48) (hereinafter the "Agreement") were discharged pursuant to 11 U.S.C. § 727(b);

(ii) pursuant to 11 U.S.C. § 524(a) and Rule 60(b)(5) of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), relieving the Individual Defendants from this Court's August 3, 2026 Order to the extent it may be construed as a determination of their personal liability;

(iii) directing Plaintiffs' counsel to return the affidavits of confession of judgment executed by Gulu and Cabuk and enjoining Plaintiffs from filing or otherwise using them;

(iv) dismissing all claims against the Individual Defendants with prejudice;

(v) denying Plaintiffs' letter motion (ECF 57) to the extent it seeks a finding that Defendant Istanbul Rego Park Inc. breached the Agreement and an order directing immediate payment; and

(vi) granting such other and further relief as this Court deems just, equitable, and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's October 21, 2026 Order, Plaintiffs' reply, and any opposition to this cross-motion, are due on December 11, 2026.

Dated: Jamaica, New York
November 25, 2026

Respectfully submitted,

**SAGE LEGAL LLC**

By: *<u>/s/ Emanuel Kataev, Esq.</u>*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*

**<u>VIA ECF</u>**
All counsel of record