**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

ALI FIDAN and ECE KARAGOZ,

Plaintiffs,

-against-

ISTANBUL REGO PARK INC. d/b/a BLACK SEA FISH AND GRILL, ALI GULU, YASIN CABUK, YURI DOE, and YUJIN DOE,

Defendants.

-----------------------------------------------------X

Case No.: 1:22-cv-2252 (ENV) (JRC)

**DECLARATION OF EMANUEL KATAEV, ESQ. IN OPPOSITION TO PLAINTIFFS' LETTER MOTION AND IN SUPPORT OF DEFENDANTS' CROSS-MOTION**

**EMANUEL KATAEV, ESQ.,** declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I am the managing member of Sage Legal LLC, attorneys for Defendants Istanbul Rego Park Inc. d/b/a Black Sea Fish and Grill (hereinafter "Istanbul"), Ali Gulu (hereinafter "Gulu"), Yasin Cabuk (hereinafter "Cabuk"), Yuri Doe, and Yujin Doe (collectively hereinafter the "Defendants") in the above-captioned case, and I am fully familiar with the facts and circumstances set forth herein based on my review of the file and of the public dockets of the United States Bankruptcy Court for the Eastern District of New York.

2. I respectfully submit this declaration in opposition to the letter motion of Plaintiffs Ali Fidan and Ece Karagoz (collectively hereinafter the "Plaintiffs") (ECF Docket Entry ("ECF") 57), and in support of Defendants' cross-motion, to place before the Court true and correct copies of public records of the Bankruptcy Court.

3. Defendants respectfully incorporate by reference the Notice of Chapter 7 Bankruptcy Case entered on September 17, 2025 in In re Gulu, No. 1-25-44452-nhl (Bankr. E.D.N.Y.) (Bankr. ECF 2), which set the meeting of creditors for October 14, 2025 and fixed December 15, 2025 as the last day to oppose discharge or dischargeability.

4. Defendants respectfully incorporate by reference a true and correct copy of the Order Discharging Debtor and Final Decree entered on December 17, 2025 in In re Gulu (Bankr. ECF 18).

5. Defendants respectfully incorporate by reference a true and correct copy of the Notice of Bankruptcy Case Filing reflecting that Cabuk filed a voluntary petition under Chapter 7 on October 6, 2025 in In re Cabuk, No. 1-25-44841 (Bankr. E.D.N.Y.) (Bankr. ECF 2).

6. Defendants respectfully incorporate by reference a true and correct copy of the Notice of Chapter 7 Bankruptcy Case entered on October 6, 2025 in In re Cabuk (Bankr. ECF 2), which fixed January 12, 2026 as the last day to oppose discharge or dischargeability, together with the Notice of Appointment of Successor Trustee entered on October 9, 2025 (Bankr. ECF 7).

7. Defendants respectfully incorporate by reference a true and correct copy of the page of Cabuk's petition and schedules listing Plaintiffs' claims (Bankr. ECF 1 at 22).

8. Defendants respectfully incorporate by reference a true and correct copy of the Order Discharging Debtor entered on January 14, 2026 in In re Cabuk (Bankr. ECF 25).

9. Annexed as Exhibits **"A"** and **"B"** are true and correct copies of the docket sheets in In re Gulu and In re Cabuk, the latter reflecting the Final Decree entered on April 30, 2026 (Bankr. ECF 28), which Defendants respectfully incorporate by reference.

10. Neither docket reflects an adversary proceeding, a complaint to determine the dischargeability of any debt under 11 U.S.C. § 523(c), or a motion to extend the time to file such a complaint.

11. Annexed as **Exhibit "C"** is the docket sheet of In re Istanbul Rego Park Inc., No. 1-22-43000-nhl (Bankr. E.D.N.Y.), reflects that Istanbul's Chapter 11 case was dismissed with prejudice and with a one-year bar to refiling by Order entered on June 29, 2023 (Bankr. ECF 65), which Defendants respectfully incorporate by reference, and that Istanbul did not receive a discharge.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 25, 2026, in Great Neck, New York.

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.