**IndBusDB, MEANSNO, CLOSED**

# U.S. Bankruptcy Court
# Eastern District of New York (Brooklyn)
# Bankruptcy Petition #: 1-25-44452-nhl

*Date filed:* 09/17/2025
*Date terminated:* 12/17/2025
*Debtor discharged:* 12/17/2025
*341 meeting:* 10/14/2025
*Deadline for objecting to discharge:* 12/15/2025
*Deadline for financial mgmt. course:* 12/15/2025

*Assigned to:* Nancy Hershey Lord
Chapter 7
Voluntary
No asset

*Debtor disposition:* Standard Discharge

***Debtor***
**Ali Gulu**
105-37 63rd Drive
2nd Floor
Forest Hills, NY 11375
QUEENS-NY
SSN / ITIN: xxx-xx-8807

represented by **Robert Nosek**
Certilman Balin Adler & Hyman, LLP.
90 Merrick Avenue
East Meadow, NY 11554
516-296-7171
Email: rnosek@certilmanbalin.com

***Trustee***
**Lori Lapin Jones**
Lori Lapin Jones PLLC
98 Cutter Mill Road
Suite 255 South
Great Neck, NY 11021
(516) 466-4110

***U.S. Trustee***
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

| Filing Date | # | Docket Text |
|---|---|---|
| 09/17/2025 | 1 (73 pgs) | Chapter 7 Voluntary Petition for Individuals. Fee Amount $338 Filed by Robert Nosek on behalf of Ali Gulu (Nosek, Robert) (Entered: 09/17/2025) |
| 09/17/2025 | 2 (4 pgs; 2 docs) | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee, Jones, Lori Lapin with 341(a) Meeting to be held on 10/14/2025 at 10:30 AM at Zoom.us/join - Jones: Meeting ID 215 709 1137, Passcode 7820099907, Phone 1 (516) 898-7734. Financial |

| | | |
|---|---|---|
| | | Management Certificate due by 12/15/2025. Last day to oppose discharge or dischargeability is 12/15/2025. (Entered: 09/17/2025) |
| 09/17/2025 | | Receipt of Voluntary Petition (Chapter 7)( 1-25-44452) [misc,volp7a] ( 338.00) Filing Fee. Receipt number A23960401. Fee amount 338.00. (re: Doc# 1) (U.S. Treasury) (Entered: 09/17/2025) |
| 09/17/2025 | 3<br>(1 pg) | Certificate of Credit Counseling for Debtor *00134-NYE-CC-039957784* Filed by Robert Nosek on behalf of Ali Gulu (Nosek, Robert) (Entered: 09/17/2025) |
| 09/17/2025 | 4<br>(1 pg) | Employee Income Records / Copies of Pay Statements Filed by Robert Nosek on behalf of Ali Gulu (Nosek, Robert) (Entered: 09/17/2025) |
| 09/17/2025 | 5<br>(2 pgs) | Pre-Petition Statement Pursuant to E.D.N.Y LBR 2017-1 Filed by Robert Nosek on behalf of Ali Gulu (Nosek, Robert) (Entered: 09/17/2025) |
| 09/19/2025 | 6<br>(6 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 09/19/2025. (Admin.) (Entered: 09/20/2025) |
| 10/02/2025 | 7<br>(1 pg) | Notice of Change of Address of LVNV Funding LLC from c/o Resurgent Capital Services, Greenville, SC 29602 to 355 S. Main Street, Greenville, SC 29601. Filed by Robert Nosek on behalf of Ali Gulu (Nosek, Robert) (Entered: 10/02/2025) |
| 10/02/2025 | 8<br>(1 pg) | Notice of Change of Address of Macys/DSNB from P.O. Box 6879, Sioux Falls, SD 57117 to 701 E. 60th Street, Sioux Falls, SD 57104. Filed by Robert Nosek on behalf of Ali Gulu (Nosek, Robert) (Entered: 10/02/2025) |
| 10/03/2025 | 9<br>(1 pg) | Notice of Change of Address of Gold Fish Market from W. 183rd Street, Bronx, NY 10453 to 7 W. 183rd Street, Bronx, NY 10453. Filed by Robert Nosek on behalf of Ali Gulu (Nosek, Robert) (Entered: 10/03/2025) |
| 10/15/2025 | | Chapter 7 Trustee's Report of No Distribution: I, Lori Lapin Jones, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $ 0.00, Assets Exempt: $ 1670.00, Claims Scheduled: $ 949991.47, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 949991.47. (Jones, Lori) (Entered: 10/15/2025) |
| 10/15/2025 | 10 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Filed a Report of No Distribution. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 10/15/2025). Filed by Lori Lapin Jones (RE: |

| | | |
|---|---|---|
| | | related document(s) Chapter 7 Trustee's Report of No Distribution). (Jones, Lori) (Entered: 10/15/2025) |
| 11/05/2025 | 11 (1 pg) | Certificate of Debtor Education Filed for Debtor. Debtor Certificate Number: 12433-NYE-DE-040275344 Filed by Robert Nosek on behalf of Ali Gulu (RE: related document(s)2 Judge / Trustee / 341 Meeting Assignment (Chapter 7)) (Nosek, Robert) (Entered: 11/05/2025) |
| 11/24/2025 | 12 (38 pgs; 3 docs) | Amended Schedule(s), Required Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) Schedule E/F, Schedule H, Fee Amount $34 Filed by Robert Nosek on behalf of Ali Gulu (Attachments: # 1 Amended Summary of Schedules # 2 Amended E/F Schedules and Schedule H) (Nosek, Robert) (Entered: 11/24/2025) |
| 11/24/2025 | 13 (7 pgs) | Refiled Petition Re: Forms Modernization 2015 (Pgs 1-8) for Individuals: to indicate that the debtor's debts are not primarily consumer debts Filed by Robert Nosek on behalf of Ali Gulu (RE: related document(s)12 Amended Schedule(s), Required Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) (Fee Due) filed by Debtor Ali Gulu) (Nosek, Robert) (Entered: 11/24/2025) |
| 11/24/2025 | 14 (7 pgs) | Amended Statement of Financial Affairs For Individuals Form 107 Filed by Robert Nosek on behalf of Ali Gulu (Nosek, Robert) (Entered: 11/24/2025) |
| 11/24/2025 | 15 (4 pgs) | Amended Chapter 7 Statement of Your Current Monthly Income Form 122A-1 and Statement of Exemption from Presumption of Abuse Form 122A-1Supp The Debtor has Primarily Non-Consumer Debts. Filed by Robert Nosek on behalf of Ali Gulu (Nosek, Robert) (Entered: 11/24/2025) |
| 11/24/2025 | 16 (12 pgs) | Verification of List of Creditors Filed by Robert Nosek on behalf of Ali Gulu (Nosek, Robert) (Entered: 11/24/2025) |
| 11/25/2025 | | Receipt of Amended Schedule(s), Required Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) (Fee Due)( 1-25-44452-nhl) [misc,aschsfa] ( 34.00) Filing Fee. Receipt number A24157923. Fee amount 34.00. (re: Doc# 12) (U.S. Treasury) (Entered: 11/25/2025) |
| 11/25/2025 | 17 (3 pgs) | Affidavit/Certificate of Service Filed by Robert Nosek on behalf of Ali Gulu (RE: related document(s)12 Amended Schedule(s), Required Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) (Fee Due) filed by Debtor Ali Gulu, 13 Refiled Petition Re: Forms Modernization 2015 (Pgs 1-8) for Individuals filed by Debtor Ali Gulu, 14 Statement of Financial Affairs for Individuals Form 107 filed by Debtor Ali Gulu, 15 Ch 7 Stmts -Monthly Income (122A-1) / Exemption Presumption of Abuse (122A-1Supp) - (Means Test) filed by Debtor Ali Gulu, 16 Verification of List of Creditors filed by Debtor Ali Gulu) (Nosek, Robert) (Entered: 11/25/2025) |
| 12/17/2025 | 18 (4 pgs; 2 docs) | Order Discharging Debtor and Final Decree Chapter 7; Copy to Trustee, US Trustee. Signed on 12/17/2025 (ch7close). (Entered: 12/17/2025) |
| 12/17/2025 | | Bankruptcy Case Closed (ch7close) (Entered: 12/17/2025) |

| | | |
|---|---|---|
| 12/19/2025 | 19<br>(7 pgs) | BNC Certificate of Mailing with Chapter 7 Discharge and Chapter 7 Final Decree Notice Date 12/19/2025. (Admin.) (Entered: 12/20/2025) |
| 10/30/2026 | | Trustee Payment Under 11 U.S.C. Section 330(e) Processed for $60.00. Voucher Number GPC-NYEBCLERK27-0039. (mnc) (Entered: 10/30/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/25/2026 10:59:37 | | | |
| **PACER Login:** | ekesq2014 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1-25-44452-nhl Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |