**IndBusDB, MEANSNO, CLOSED**

# U.S. Bankruptcy Court
# Eastern District of New York (Brooklyn)
# Bankruptcy Petition #: 1-25-44841-jmm

*Date filed:* 10/06/2025
*Date terminated:* 04/30/2026
*Debtor discharged:* 01/14/2026
*341 meeting:* 02/13/2026
*Deadline for objecting to discharge:* 01/12/2026
*Deadline for financial mgmt. course:* 01/12/2026

*Assigned to:* Jil Mazer-Marino
Chapter 7
Voluntary
No asset

*Debtor disposition:* Standard Discharge

***Debtor***
**Yasin Cabuk**
62-10 99th Street
Apt. 7J
Rego Park, NY 11374
QUEENS-NY
SSN / ITIN: xxx-xx-6911

represented by **Robert Nosek**
Certilman Balin Adler & Hyman, LLP.
90 Merrick Avenue
East Meadow, NY 11554
516-296-7171
Email: rnosek@certilmanbalin.com

***Trustee***
**Richard J. McCord**
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7801
*TERMINATED: 10/09/2025*

represented by **Richard J. McCord**
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554
(516) 296-7801
Fax : (516) 296-7111
Email: rmccord@cbah.com

***Trustee***
**Debra Kramer**
Debra Kramer, PLLC
10 Gingerbread Lane
East Hampton, NY 11937
516-482-6300

***U.S. Trustee***
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

| Filing Date | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 10/06/2025 | 1<br>(57 pgs) | Chapter 7 Voluntary Petition for Individuals. Fee Amount $338 Filed by Robert Nosek on behalf of Yasin Cabuk (Nosek, Robert) (Entered: 10/06/2025) |
| 10/06/2025 | | Receipt of Voluntary Petition (Chapter 7)( 1-25-44841) [misc,volp7a] ( 338.00) Filing Fee. Receipt number A24017696. Fee amount 338.00. (re: Doc# 1) (U.S. Treasury) (Entered: 10/06/2025) |
| 10/06/2025 | 2<br>(4 pgs; 2 docs) | Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee, McCord, Richard J. with 341(a) Meeting to be held on 11/12/2025 at 01:00 PM at Zoom.us/join - McCord: Meeting ID 554 489 0191, Passcode 8004435576, Phone 1 (516) 898-7526. Financial Management Certificate due by 1/12/2026. Last day to oppose discharge or dischargeability is 1/12/2026. (Entered: 10/06/2025) |
| 10/06/2025 | 4<br>(3 pgs; 2 docs) | Deficient Filing Chapter 7: Certificate of Credit Counseling due by 10/6/2025. Last day to file Section 521(i)(1) documents is 11/20/2025. Pre-Petition Statement Pursuant to E.D.N.Y. LBR 2017-1 due by 10/20/2025. Copies of pay statements received from any employer due by 10/20/2025. Incomplete Filings due by 10/20/2025. (jag) (Entered: 10/07/2025) |
| 10/07/2025 | 3<br>(1 pg) | Letter *of Resignation as Chapter 7 Trustee* Filed by Richard J. McCord on behalf of Richard J. McCord (RE: related document(s)2 Judge / Trustee / 341 Meeting Assignment (Chapter 7)) (McCord, Richard) (Entered: 10/07/2025) |
| 10/07/2025 | 5<br>(1 pg) | Certificate of Credit Counseling for Debtor *00134-NYE-CC-039990584* Filed by Robert Nosek on behalf of Yasin Cabuk (RE: related document(s)4 Deficient Filing Chapter 7) (Nosek, Robert) (Entered: 10/07/2025) |
| 10/07/2025 | 6<br>(2 pgs) | Pre-Petition Statement Pursuant to E.D.N.Y LBR 2017-1 Filed by Robert Nosek on behalf of Yasin Cabuk (Nosek, Robert) (Entered: 10/07/2025) |
| 10/09/2025 | 7<br>(4 pgs; 3 docs) | Notice of Appointment of Successor Trustee Debra Kramer. (Richard J. McCord removed from the case.) Filed by Office of the United States Trustee (RE: related document(s)2 Judge / Trustee / 341 Meeting Assignment (Chapter 7)). 341(a) meeting to be held on 10/30/2025 at 10:00 AM at Zoom.us/join - Kramer: Meeting ID 421 655 0672, Passcode 6019615054, Phone 1 (631) 954-5002. (Martin, MaryLou) (Entered: 10/09/2025) |
| 10/09/2025 | 8<br>(5 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 10/09/2025. (Admin.) (Entered: 10/10/2025) |
| 10/09/2025 | 9<br>(4 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 10/09/2025. (Admin.) (Entered: 10/10/2025) |
| 10/10/2025 | 10<br>(2 pgs) | Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1007-1(b) Schedule I, : Schedule I Filed by Robert Nosek on behalf of Yasin Cabuk (Nosek, Robert) (Entered: 10/10/2025) |

| | | |
|---|---|---|
| 10/10/2025 | 11<br>(2 pgs) | Schedule(s), Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1007-1(b) Schedule J, : Schedule J Filed by Robert Nosek on behalf of Yasin Cabuk (Nosek, Robert) (Entered: 10/10/2025) |
| 10/11/2025 | 12<br>(4 pgs) | BNC Certificate of Mailing with Notice of Appointment of Successor Trustee Notice Date 10/11/2025. (Admin.) (Entered: 10/12/2025) |
| 10/14/2025 | 13<br>(4 pgs) | Chapter 7 Statement of Your Current Monthly Income Form 122A-1 and Statement of Exemption from Presumption of Abuse Form 122A-1Supp The Debtor has Primarily Non-Consumer Debts. Filed by Robert Nosek on behalf of Yasin Cabuk (Nosek, Robert) (Entered: 10/14/2025) |
| 10/15/2025 | 14<br>(24 pgs) | Employee Income Records / Copies of Pay Statements Filed by Robert Nosek on behalf of Yasin Cabuk (RE: related document(s)4 Deficient Filing Chapter 7) (Nosek, Robert) (Entered: 10/15/2025) |
| 10/22/2025 | 15<br>(2 pgs) | Notice of Change of Address of IMS Fund LLC from 247 W. 36th Street, New York, NY 10018-7547 to 123 Main Street, New York, NY 10001. Filed by Robert Nosek on behalf of Yasin Cabuk (Nosek, Robert) (Entered: 10/22/2025) |
| 10/23/2025 | 16<br>(2 pgs) | Notice of Change of Address of Credit Karma/Credit Builders from 100 Montgomery, San Francisco, CA 94104-4331 to P.O. Box 30963, Oakland, CA 94604 attn: Legal Department. Filed by Robert Nosek on behalf of Yasin Cabuk (Nosek, Robert) (Entered: 10/23/2025) |
| 10/28/2025 | 17<br>(45 pgs; 2 docs) | Amended Schedule(s), Required Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) Schedule C, Schedule E/F, Schedule H, : Statement of Financial Affairs, Verification of Creditor Matrix and Creditor Matrix Fee Amount $34 Filed by Robert Nosek on behalf of Yasin Cabuk (Attachments: # 1 Amended Schedules) (Nosek, Robert) (Entered: 10/28/2025) |
| 10/28/2025 | | Receipt of Amended Schedule(s), Required Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) (Fee Due)( 1-25-44841-jmm) [misc,aschsfa] ( 34.00) Filing Fee. Receipt number A24082127. Fee amount 34.00. (re: Doc# 17) (U.S. Treasury) (Entered: 10/28/2025) |
| 10/29/2025 | 18<br>(2 pgs) | Affidavit/Certificate of Service Filed by Robert Nosek on behalf of Yasin Cabuk (RE: related document(s)17 Amended Schedule(s), Required Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) (Fee Due) filed by Debtor Yasin Cabuk) (Nosek, Robert) (Entered: 10/29/2025) |
| 11/04/2025 | | Trustee's Notice of Continued Meeting of Creditors 341(a) Meeting Adjourned to 11/25/2025 at 03:00 PM at Zoom.us/join - Kramer: Meeting ID 421 655 0672, Passcode 6019615054, Phone 1 (631) 954-5002. Debtor absent. (Kramer, Debra) (Entered: 11/04/2025) |
| 11/06/2025 | 19<br>(2 pgs) | Notice of Change of Address of US Attorney's Office from Att: Kevin Yim, BKCY LIT, Civil Div- BKCY Processing, 271 Cadman Plaza E, 7th Fl, Albany, NY 12201 to Att: Kevin Yim, BKCY LIT, Civil Div- BKCY Processing, 271 Cadman Plaza E, 7th Fl, Brooklyn, NY 11201-1820. Filed by Robert Nosek on behalf of Yasin Cabuk (Nosek, Robert) (Entered: 11/06/2025) |

| | | |
|---|---|---|
| 12/02/2025 | | Trustee's Notice of Continued Meeting of Creditors 341(a) Meeting Adjourned to 12/18/2025 at 09:00 AM at Zoom.us/join - Kramer: Meeting ID 421 655 0672, Passcode 6019615054, Phone 1 (631) 954-5002. (Kramer, Debra) (Entered: 12/02/2025) |
| 12/15/2025 | 20 (41 pgs; 6 docs) | Amended Schedule(s), Required Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) Schedule E/F, Schedule H, Fee Amount $34 Filed by Robert Nosek on behalf of Yasin Cabuk (Attachments: # 1 Amended Summary of Assets and Liabilities and Certain Statistical Information # 2 Schedule E/F: Creditors Who Have Unsecured Claims # 3 Amended Schedule H - Codebtors # 4 Declaration About an Individual Debtor's Amended Schedules # 5 Verification of Creditor Matrix and Amended Matrix) (Nosek, Robert) (Entered: 12/15/2025) |
| 12/15/2025 | | Receipt of Amended Schedule(s), Required Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) (Fee Due)( 1-25-44841-jmm) [misc,aschsfa] ( 34.00) Filing Fee. Receipt number A24212352. Fee amount 34.00. (re: Doc# 20) (U.S. Treasury) (Entered: 12/15/2025) |
| 12/15/2025 | 21 (2 pgs; 2 docs) | Notice of No Financial Management Certificate before Discharge for Debtor(s). (fincert7) (Entered: 12/15/2025) |
| 12/16/2025 | 22 (2 pgs) | Affidavit/Certificate of Service Filed by Robert Nosek on behalf of Yasin Cabuk (RE: related document(s)20 Amended Schedule(s), Required Statement(s) and Affidavit Pursuant to E.D.N.Y. LBR 1009-1(a) (Fee Due) filed by Debtor Yasin Cabuk) (Nosek, Robert) (Entered: 12/16/2025) |
| 12/18/2025 | | Trustee's Notice of Continued Meeting of Creditors 341(a) Meeting Adjourned to 1/6/2026 at 10:30 AM at Zoom.us/join - Kramer: Meeting ID 421 655 0672, Passcode 6019615054, Phone 1 (631) 954-5002. (Kramer, Debra) (Entered: 12/18/2025) |
| 12/18/2025 | 23 (3 pgs) | BNC Certificate of Mailing with Notice of No Financial Management Certificate Notice Date 12/18/2025. (Admin.) (Entered: 12/19/2025) |
| 12/29/2025 | 24 (1 pg) | Certificate of Debtor Education Filed for Debtor. Debtor Certificate Number: 12433-NYE-DE-040444719 Filed by Robert Nosek on behalf of Yasin Cabuk (RE: related document(s)2 Judge / Trustee / 341 Meeting Assignment (Chapter 7)) (Nosek, Robert) (Entered: 12/29/2025) |
| 01/07/2026 | | Trustee's Notice of Continued Meeting of Creditors 341(a) Meeting Adjourned to 2/13/2026 at 11:30 AM at Zoom.us/join - Kramer: Meeting ID 421 655 0672, Passcode 6019615054, Phone 1 (631) 954-5002. (Kramer, Debra) (Entered: 01/07/2026) |
| 01/14/2026 | 25 (4 pgs; 2 docs) | Order Discharging Debtor Chapter 7. Signed on 01/14/2026 (ch7disch). (Entered: 01/14/2026) |
| 01/16/2026 | 26 (6 pgs) | BNC Certificate of Mailing with Order of Discharge Notice Date 01/16/2026. (Admin.) (Entered: 01/17/2026) |
| 04/29/2026 | | Chapter 7 Trustee's Report of No Distribution: I, Debra Kramer, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; |

| | | |
|---|---|---|
| | | and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 7 months. Assets Abandoned (without deducting any secured claims): $ 6688.49, Assets Exempt: Not Available, Claims Scheduled: $ 1118579.81, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $ 1118579.81. Filed by Debra Kramer (RE: related document(s) Statement Adjourning 341(a) Meeting of Creditors). (Kramer, Debra) (Entered: 04/29/2026) |
| 04/29/2026 | 27 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Filed a Report of No Distribution. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 4/29/2026). Filed by Debra Kramer (RE: related document(s) Chapter 7 Trustee's Report of No Distribution filed by Trustee Debra Kramer). (Kramer, Debra) (Entered: 04/29/2026) |
| 04/30/2026 | 28<br>(2 pgs; 2 docs) | Final Decree Chapter 7. Signed on 04/30/2026 (ch7c4dsc) (Entered: 04/30/2026) |
| 04/30/2026 | | Bankruptcy Case Closed (ch7c4dsc) (Entered: 04/30/2026) |

## PACER Service Center

### Transaction Receipt

| | | | |
|---|---|---|---|
| 11/25/2026 10:59:39 | | | |
| **PACER Login:** | ekesq2014 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1-25-44841-jmm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |