**Repeat, PRVDISM, SmBus, DISMISSED, BARDEBTOR, CLOSED**

# U.S. Bankruptcy Court
# Eastern District of New York (Brooklyn)
# Bankruptcy Petition #: 1-22-43000-nhl

*Assigned to:* Nancy Hershey Lord
Chapter 11
Voluntary
Asset

*Date filed:* 12/02/2022
*Date terminated:* 10/17/2023
*Debtor dismissed:* 06/29/2023
*341 meeting:* 01/09/2023

*Debtor disposition:* Dismissed for Other Reason

***Debtor***
**Istanbul Rego Park, Inc.**
9536 Queens Blvd.
Rego Park, NY 11374
QUEENS-NY
Tax ID / EIN: 46-2476851
***dba* Black Sea Fish and Grill**

represented by **Alla Kachan**
Law Offices of Alla Kachan P.C.
2799 Coney Island Avenue
Ste Unit 202
Brooklyn, NY 11235
718-513-3145
Email: alla@kachanlaw.com

***U.S. Trustee***
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408
(212) 206-2580

| Filing Date | # | Docket Text |
|---|---|---|
| 12/02/2022 | 1 (32 pgs) | Chapter 11 Voluntary Petition for Small Business Non-Individual. Fee Amount $ 1738. Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. Chapter 11 Plan - Small Business - due by 05/31/2023. Chapter 11 Small Business Disclosure Statement due by 05/31/2023. (Kachan, Alla) (Entered: 12/02/2022) |
| 12/02/2022 | 2 (1 pg) | Pre-Petition Statement Pursuant to E.D.N.Y LBR 2017-1 Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (Kachan, Alla) (Entered: 12/02/2022) |
| 12/02/2022 | | Receipt of Voluntary Petition (Chapter 11)( 1-22-43000) [misc,volp11a] (1738.00) Filing Fee. Receipt number A21241953. Fee amount 1738.00. (re: Doc# 1) (U.S. Treasury) (Entered: 12/02/2022) |
| 12/02/2022 | 3 (12 pgs) | Statement *of corporate tax return for the year of 2021* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (Kachan, Alla) (Entered: 12/02/2022) |

| | | |
|---|---|---|
| 12/02/2022 | 4<br>(3 pgs; 2 docs) | Deficient Filing Chapter 11: Affidavit Pursuant to E.D.N.Y. LBR 1007-4 due 12/2/2022. Corporate Resolution Pursuant to E.D.N.Y. LBR 1074-1(a) due by 12/2/2022. Corporate Disclosure Statement Pursuant to FBR 1073-3 due 12/2/2022. Small Business Balance Sheet due by 12/9/2022. Small Business Cash Flow Statement due by 12/9/2022. Small Business Statement of Operations due by 12/9/2022. Incomplete Filings due by 12/16/2022. (hrm) (Entered: 12/05/2022) |
| 12/05/2022 | | Prior Filing Case Number(s): 20-44294-nhl dismissed 03/29/2022 (mem) (Entered: 12/05/2022) |
| 12/06/2022 | 5<br>(6 pgs; 4 docs) | Meeting of Creditors 341(a) meeting to be held on 1/9/2023 at 03:00 PM at Teleconference - Brooklyn. (hrm) (Entered: 12/06/2022) |
| 12/06/2022 | 9<br>(3 pgs; 2 docs) | Order Scheduling Initial Case Management Conference . Signed on 12/6/2022. Status hearing to be held on 1/24/2023 at 03:00 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (aac) (Entered: 12/08/2022) |
| 12/07/2022 | 6<br>(1 pg) | Statement of Corporate Ownership filed. Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (Kachan, Alla) (Entered: 12/07/2022) |
| 12/07/2022 | 7<br>(1 pg) | Statement *of Corporate Resolution Pursuant to E.D.N.Y. LBR 1074-1 (a)* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (Kachan, Alla) (Entered: 12/07/2022) |
| 12/07/2022 | 8<br>(3 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 12/07/2022. (Admin.) (Entered: 12/08/2022) |
| 12/08/2022 | 10<br>(4 pgs) | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 12/08/2022. (Admin.) (Entered: 12/09/2022) |
| 12/08/2022 | 11<br>(4 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 12/08/2022. (Admin.) (Entered: 12/09/2022) |
| 12/09/2022 | 12<br>(4 pgs) | Notice of Appearance and Request for Notice Filed by Enid Nagler Stuart on behalf of NYS Department of Taxation And Finance (Stuart, Enid) (Entered: 12/09/2022) |
| 12/09/2022 | 13<br>(3 pgs; 2 docs) | Notice of Rescheduled Telephonic 341 Meeting with Instructions. Meeting scheduled for January 9, 2023 at 3:00 PM Filed by Office of the United States Trustee. (Wolf, Rachel) (Entered: 12/09/2022) |
| 12/10/2022 | 14<br>(4 pgs) | BNC Certificate of Mailing with Notice/Order Notice Date 12/10/2022. (Admin.) (Entered: 12/11/2022) |
| 12/14/2022 | 15<br>(4 pgs) | BNC Certificate of Mailing with Notice of Reset of Section 341 Meeting of Creditors Notice Date 12/14/2022. (Admin.) (Entered: 12/15/2022) |
| 12/19/2022 | 16<br>(21 pgs) | Motion to Set Last Day to File Proofs of Claim Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc.. (Kachan, Alla) (Entered: 12/19/2022) |

| | | |
|---|---|---|
| 12/20/2022 | 17 (11 pgs; 2 docs) | Order Establishing Deadline for Filing Proofs of Claim. Signed on 12/20/2022. Proofs of Claims due by 3/2/2023. Government Proof of Claim due by 5/31/2023. (Attachments: # 1 Exhibit) (aac) (Entered: 12/20/2022) |
| 12/28/2022 | 18 (3 pgs) | Affidavit/Certificate of Service Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)17 Order Establishing Deadline for Filing Proofs of Claim) (Kachan, Alla) (Entered: 12/28/2022) |
| 01/19/2023 | 19 (9 pgs) | Application to Employ Law Offices of Alla Kachan, PC as Attorney for the Debtor . Objections to be filed on March 14, 2023. Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc.. Order to be presented for signature on 3/21/2023. (Kachan, Alla) (Entered: 01/19/2023) |
| 01/20/2023 | 20 (2 pgs) | Affidavit/Certificate of Service Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)19 Application to Employ filed by Debtor Istanbul Rego Park, Inc.) (Kachan, Alla) (Entered: 01/20/2023) |
| 01/24/2023 | | Initial Case Management Hearing Held; Appearances: Alla Kachan (Counsel to Debtor), Jeremy Sussman (US Trustee), Enid Nagler Stuart (Counsel to NYS Department of Taxation and Finance); Hearing Adjourned to 02/28/2023 at 02:00 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY.(related document(s): 9 Order Scheduling Initial Case Management Conference) (AngelaHoward) (Entered: 01/25/2023) |
| 01/25/2023 | 21 (12 pgs) | Application to Employ Wisdom Professional Services Inc. as Accountant for the Debtor . Objections to be filed on March 14, 2023. Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc.. Order to be presented for signature on 3/21/2023. (Kachan, Alla) (Entered: 01/25/2023) |
| 01/25/2023 | 22 (2 pgs) | Affidavit/Certificate of Service Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)21 Application to Employ filed by Debtor Istanbul Rego Park, Inc.) (Kachan, Alla) (Entered: 01/25/2023) |
| 02/07/2023 | 23 (2 pgs) | Notice of Appearance and Request for Notice Filed by Amish R Doshi on behalf of Nassau Best LLC (Doshi, Amish) (Entered: 02/07/2023) |
| 02/07/2023 | 24 (2 pgs) | Amended Notice of Appearance and Request for Notice Filed by Amish R Doshi on behalf of Nassau Best LLC (Doshi, Amish) Modified on 2/8/2023 (amp). (Entered: 02/07/2023) |
| 02/28/2023 | 25 (14 pgs) | Small Business Monthly Operating Report for Filing Period December, 2022 Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (Kachan, Alla) (Entered: 02/28/2023) |
| 02/28/2023 | 26 (11 pgs) | Small Business Monthly Operating Report for Filing Period January, 2023 Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (Kachan, Alla) (Entered: 02/28/2023) |
| 02/28/2023 | | Status Hearing Held; Appearances: Alla Kachan (Counsel to Debtor), Rachel Wolf (US Trustee), Enid Nagler Stuart (Counsel to NYS Department of Taxation and Finance); and Adjourned; (related document(s): 9 Order Scheduling Initial Case Management Conference) |

| | | |
|---|---|---|
| | | Status hearing to be held on 04/18/2023 at 02:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (AngelaHoward) (Entered: 02/28/2023) |
| 03/22/2023 | 27 (2 pgs) | Order Authorizing Retention of Chapter 11 Attorney the Law Offices of Alla Kachan, P.C. effective as of December 2, 2022 (RE: related document(s)19 Application to Employ filed by Debtor Istanbul Rego Park, Inc.). Signed on 3/22/2023 (aac) (Entered: 03/22/2023) |
| 03/22/2023 | 28 (3 pgs) | Order Granting Application to Employ Wisdom Professional Services Inc. as accountant for Debtor, effective as of the petition date (Related Doc # 21) Signed on 3/22/2023. (aac) (Entered: 03/22/2023) |
| 03/22/2023 | 29 (10 pgs) | Amended Application to Employ Wisdom Professional Services Inc. as Accountant for the Debtor Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)21 Application to Employ filed by Debtor Istanbul Rego Park, Inc.). (Kachan, Alla) (Entered: 03/22/2023) |
| 03/24/2023 | 30 (2 pgs) | Amended Notice of Motion/Presentment . Objections to be filed on April 11, 2023. Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)29 Application to Employ filed by Debtor Istanbul Rego Park, Inc.) Order to be presented for signature on 4/18/2023. (Kachan, Alla) (Entered: 03/24/2023) |
| 03/24/2023 | 31 (3 pgs) | Affidavit/Certificate of Service Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)29 Application to Employ filed by Debtor Istanbul Rego Park, Inc., 30 Amended Notice of Motion/Presentment filed by Debtor Istanbul Rego Park, Inc.) (Kachan, Alla) (Entered: 03/24/2023) |
| 04/10/2023 | 32 (11 pgs) | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc.. Hearing scheduled for 5/23/2023 at 03:00 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (Kachan, Alla) (Entered: 04/10/2023) |
| 04/10/2023 | 33 (2 pgs) | Affidavit/Certificate of Service Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)32 Motion to Extend/Limit Exclusivity Period filed by Debtor Istanbul Rego Park, Inc.) (Kachan, Alla) (Entered: 04/10/2023) |
| 04/14/2023 | 34 (20 pgs) | Motion to Convert Case Chapter 11 to 7 *of the Debtor*., or in the alternative Motion to Dismiss Case *of the Debtor with Prejudice and One Year Bar to Refilling*, or in the alternative Motion to Appoint Trustee *of the Debtor's Estate* Filed by Office of the United States Trustee. Hearing scheduled for 5/16/2023 at 11:30 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (Wolf, Rachel) (Entered: 04/14/2023) |
| 04/14/2023 | 35 (2 pgs) | Affidavit/Certificate of Service Filed by Office of the United States Trustee (RE: related document(s)34 Motion to Convert Case Chapter 11 to 7 filed by U.S. Trustee Office of the United States Trustee, Motion to Dismiss Case, Motion to Appoint Trustee) (Wolf, Rachel) (Entered: 04/14/2023) |
| 04/14/2023 | 36 (5 pgs) | Affidavit Re: *Pursuant to E.D.N.Y. LBR 1007-4* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)4 Deficient Filing Chapter 11) (Kachan, Alla) (Entered: 04/14/2023) |

| | | |
|---|---|---|
| 04/18/2023 | 37 (2 pgs) | Balance Sheet for Small Business Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)4 Deficient Filing Chapter 11) (Kachan, Alla) (Entered: 04/18/2023) |
| 04/18/2023 | 38 (2 pgs) | Cash Flow Statement for Small Business Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)4 Deficient Filing Chapter 11) (Kachan, Alla) (Entered: 04/18/2023) |
| 04/18/2023 | 39 (2 pgs) | Statement of Operations for Small Business Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)4 Deficient Filing Chapter 11) (Kachan, Alla) (Entered: 04/18/2023) |
| 04/18/2023 | | Status Hearing Held; Appearances: Alla Kachan (Counsel to Debtor), Nazar Khodorovsky (US Trustee), Enid Nagler Stuart (Counsel to NYS Department of Taxation and Finance); and Adjourned; (related document(s): 9 Order Scheduling Initial Case Management Conference) Status hearing to be held on 05/16/2023 at 11:30 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (AngelaHoward) (Entered: 04/26/2023) |
| 05/08/2023 | 40 (16 pgs) | Small Business Monthly Operating Report for Filing Period February, 2023 Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (Kachan, Alla) (Entered: 05/08/2023) |
| 05/09/2023 | 41 (17 pgs) | Small Business Monthly Operating Report for Filing Period March, 2023 Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (Kachan, Alla) (Entered: 05/09/2023) |
| 05/09/2023 | 42 (18 pgs) | Objection *to the Motion to Convert Case Chapter 11 to 7 of the Debtor., or in the alternative Motion to Dismiss Case of the Debtor with Prejudice and One Year Bar to Refilling, or in the alternative Motion to Appoint Trustee of the Debtor's Estate* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)34 Motion to Convert Case Chapter 11 to 7 filed by U.S. Trustee Office of the United States Trustee, Motion to Dismiss Case, Motion to Appoint Trustee) (Kachan, Alla) (Entered: 05/09/2023) |
| 05/09/2023 | 43 (14 pgs; 2 docs) | Objection *Nassau Best LLC's (A) Objection To Debtor's Motion Pursuant To 11 U.S.C §1121(E) To Extend Time Period To File A Plan Of Reorganization And Disclosure Statement And (B) Joinder To United States Trustee's Motion To Dismiss With Prejudice Or Convert This Chapter 11 Case Or In The Alternative, Appoint A Chapter 11 Trustee* Filed by Amish R Doshi on behalf of Nassau Best LLC (RE: related document(s)32 Motion to Extend/Limit Exclusivity Period filed by Debtor Istanbul Rego Park, Inc., 34 Motion to Convert Case Chapter 11 to 7 filed by U.S. Trustee Office of the United States Trustee, Motion to Dismiss Case, Motion to Appoint Trustee) (Attachments: # 1 Exhibit A - Letter) (Doshi, Amish) (Entered: 05/09/2023) |
| 05/10/2023 | 44 (2 pgs) | Affidavit/Certificate of Service Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)42 Objection filed by Debtor Istanbul Rego Park, Inc.) (Kachan, Alla) (Entered: 05/10/2023) |

| | | |
|---|---|---|
| 05/10/2023 | 45 (15 pgs) | Small Business Monthly Operating Report for Filing Period March, 2023 Amended Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (Kachan, Alla) (Entered: 05/10/2023) |
| 05/10/2023 | 46 (16 pgs) | Small Business Monthly Operating Report for Filing Period April, 2023 Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (Kachan, Alla) (Entered: 05/10/2023) |
| 05/11/2023 | 47 (31 pgs) | Exhibit *A* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)25 Small Business Monthly Operating Report B25C filed by Debtor Istanbul Rego Park, Inc.) (Kachan, Alla) (Entered: 05/11/2023) |
| 05/11/2023 | 48 (24 pgs) | Exhibit *A* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)26 Small Business Monthly Operating Report B25C filed by Debtor Istanbul Rego Park, Inc.) (Kachan, Alla) (Entered: 05/11/2023) |
| 05/12/2023 | 49 (1 pg) | Letter of Adjournment: Hearing rescheduled from May 16, 2023 at 11:30 AM to May 16, 2023 at 3:00 PM Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)9 Order Scheduling Initial Case Management Conference, 34 Motion to Convert Case Chapter 11 to 7 filed by U.S. Trustee Office of the United States Trustee, Motion to Dismiss Case, Motion to Appoint Trustee) (Kachan, Alla) (Entered: 05/12/2023) |
| 05/15/2023 | | Adjourned Without Hearing (related document(s): 9 Order Scheduling Initial Case Management Conference) Status hearing to be held on 05/16/2023 at 03:00 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (AngelaHoward) (Entered: 05/15/2023) |
| 05/15/2023 | | Adjourned Without Hearing (related document(s): 34 Motion to Convert Case Chapter 11 to 7 filed by Office of the United States Trustee) Hearing scheduled for 05/16/2023 at 03:00 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (AngelaHoward) (Entered: 05/15/2023) |
| 05/15/2023 | 50 (13 pgs) | Affidavit Re: *Amended Affidavit Pursuant to E.D.N.Y. LBR 1007-4* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)36 Affidavit filed by Debtor Istanbul Rego Park, Inc.) (Kachan, Alla) (Entered: 05/15/2023) |
| 05/16/2023 | | Status Hearing Held; Appearances: Alla Kachan (Counsel to Debtor), Jeremy S. Sussman (US Trustee), Enid Nagler Stuart (Counsel to NYS Department of Taxation and Finance), Amish R. Doshi (Counsel to Nassau Best LLC); Hearing Adjourned to 05/23/2023 at 03:00 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (related document(s): 9 Order Scheduling Initial Case Management Conference) (AngelaHoward) (Entered: 05/19/2023) |
| 05/16/2023 | | Hearing Held; Appearances: Alla Kachan (Counsel to Debtor), Jeremy S. Sussman (US Trustee), Enid Nagler Stuart (Counsel to NYS Department of Taxation and Finance), Amish R. Doshi (Counsel to Nassau Best LLC); and Adjourned; (related document(s): 34 Motion to Convert Case Chapter 11 to 7 filed by Office of the United States Trustee) Hearing scheduled for |

| | | |
|---|---|---|
| | | 05/23/2023 at 03:00 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (AngelaHoward) (Entered: 05/19/2023) |
| 05/23/2023 | | Hearing Held; Appearances: Alla Kachan (Counsel to Debtor), Yasin Cabuk (Debtor's Principal), Reema Lateef (US Trustee), Rachel Wolf (US Trustee), Enid Nagler Stuart (Counsel to NYS Department of Taxation and Finance), Amish R. Doshi (Counsel to Nassau Best LLC), Emanuel Kataev (FSLA Counsel to Debtor); Objection of Landlord Sustained; Motion DENIED, SO ORDERED BY s/Nancy Hershey Lord. Endorsed on Calendar dated 5/23/2023. (This is a text Order, no document is attached).; (related document(s): 32 Motion to Extend/Limit Exclusivity Period filed by Istanbul Rego Park, Inc.) (AngelaHoward) (Entered: 05/30/2023) |
| 05/23/2023 | | Status Hearing Held; Appearances: Alla Kachan (Counsel to Debtor), Yasin Cabuk (Debtor's Principal), Reema Lateef (US Trustee), Rachel Wolf (US Trustee), Enid Nagler Stuart (Counsel to NYS Department of Taxation and Finance), Amish R. Doshi (Counsel to Nassau Best LLC), Emanuel Kataev (FSLA Counsel to Debtor); and Adjourned; (related document(s): 9 Order Scheduling Initial Case Management Conference) Status hearing to be held on 06/13/2023 at 11:00 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (AngelaHoward) (Entered: 05/30/2023) |
| 05/23/2023 | | Hearing Held; Appearances: Alla Kachan (Counsel to Debtor), Yasin Cabuk (Debtor's Principal), Reema Lateef (US Trustee), Rachel Wolf (US Trustee), Enid Nagler Stuart (Counsel to NYS Department of Taxation and Finance), Amish R. Doshi (Counsel to Nassau Best LLC), Emanuel Kataev (FSLA Counsel to Debtor); UST to supplement motion as per the record; and Adjourned; (related document(s): 34 Motion to Convert Case Chapter 11 to 7 filed by Office of the United States Trustee) Hearing scheduled for 06/13/2023 at 11:00 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (AngelaHoward) (Entered: 05/30/2023) |
| 06/01/2023 | 51 (11 pgs) | Exhibit *A* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)40 Small Business Monthly Operating Report B25C filed by Debtor Istanbul Rego Park, Inc.) (Kachan, Alla) (Entered: 06/01/2023) |
| 06/01/2023 | 52 (10 pgs) | Exhibit *A* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)41 Small Business Monthly Operating Report B25C filed by Debtor Istanbul Rego Park, Inc.) (Kachan, Alla) (Entered: 06/01/2023) |
| 06/01/2023 | 53 (11 pgs) | Exhibit *A* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)46 Small Business Monthly Operating Report B25C filed by Debtor Istanbul Rego Park, Inc.) (Kachan, Alla) (Entered: 06/01/2023) |
| 06/02/2023 | 54 (8 pgs) | Motion to Extend Time *to assume a lease* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc.. Hearing scheduled for 6/27/2023 at 03:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (Kachan, Alla) (Modified on 6/5/2023 to correct date of hearing from 6/28/2023 to 6/27/2023)(agh). (Entered: 06/02/2023) |

| | | |
|---|---|---|
| 06/02/2023 | 55 (2 pgs) | Affidavit/Certificate of Service Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)54 Motion to Extend Time filed by Debtor Istanbul Rego Park, Inc.) (Kachan, Alla) (Entered: 06/02/2023) |
| 06/05/2023 | 56 (59 pgs; 6 docs) | Response *of the United States Trustee to the Debtor's Objection* Filed by Office of the United States Trustee (RE: related document(s)34 Motion to Convert Case Chapter 11 to 7 filed by U.S. Trustee Office of the United States Trustee, Motion to Dismiss Case, Motion to Appoint Trustee, 42 Objection filed by Debtor Istanbul Rego Park, Inc.) (Attachments: # 1 Exhibit A- Principal Credit Card Statements # 2 Exhibit B- Yasin Cabuk Affidavit # 3 Exhibit C- Ali Gulu Affidavit # 4 Exhibit D- Fatma Gulu Affidavit # 5 Exhibit E- Principal Credit Statement Review) (Wolf, Rachel) (Entered: 06/05/2023) |
| 06/05/2023 | 57 (2 pgs) | Affidavit/Certificate of Service Filed by Office of the United States Trustee (RE: related document(s)56 Response filed by U.S. Trustee Office of the United States Trustee) (Wolf, Rachel) (Entered: 06/05/2023) |
| 06/13/2023 | | [ENTERED IN ERROR ON THE WRONG CASE] - [RECORD SO ORDERED]; Hearing Held; Appearances: Eric Zabicki (Counsel to Debtor), Jay H. Berg (Special Counsel to Debtors), Nazar Khodorovsky (US Trustee), Steven R. Schoenfeld (Counsel to Richard L. Yellen & Assoc., Richard L. Yellen, Brendan Kombol & Monica Kipiniak); Motion Granted; Case Dismissed; Submit Order. (related document(s): 34 Motion to Convert Case Chapter 11 to 7 filed by Office of the United States Trustee) (AngelaHoward) Modified on 6/13/2023 (agh). (Entered: 06/13/2023) |
| 06/13/2023 | | Hearing Scheduled for 6/13/2023 at 11:00 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (RE: related document(s)34 Motion to Convert Case Chapter 11 to 7 filed by U.S. Trustee Office of the United States Trustee) (agh) (Entered: 06/13/2023) |
| 06/13/2023 | | Status Hearing Held; Appearances: Alla Kachan (Counsel to Debtor), Rachel Wolf (US Trustee), Enid Nagler Stuart (Counsel to NYS Department of Taxation and Finance), Amish R. Doshi (Counsel to Nassau Best LLC); and Adjourned; (related document(s): 9 Order Scheduling Initial Case Management Conference) Status hearing to be held on 06/27/2023 at 03:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (AngelaHoward) (Entered: 06/13/2023) |
| 06/13/2023 | | Hearing Held; Appearances: Alla Kachan (Counsel to Debtor), Rachel Wolf (US Trustee), Enid Nagler Stuart (Counsel to NYS Department of Taxation and Finance), Amish R. Doshi (Counsel to Nassau Best LLC); Dismissal Granted; Settle Order for 6/27/2023; Hearing on Motion Carried to 06/27/2023 at 03:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY.(related document(s): 34 Motion to Convert Case Chapter 11 to 7 filed by Office of the United States Trustee) (AngelaHoward) (Entered: 06/13/2023) |
| 06/22/2023 | 58 (4 pgs) | Reply *to Response of the United States Trustee to the Debtor's Objection* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)56 Response filed by U.S. Trustee Office of the United States Trustee) (Kachan, Alla) (Entered: 06/22/2023) |

| | | |
|---|---|---|
| 06/23/2023 | 59<br>(10 pgs) | Chapter 11 Small Business Plan dated June 23, 2023. dated June 23, 2023 Percentage to be paid to General Unsecured Creditors 7%. Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Istanbul Rego Park, Inc.). (Kachan, Alla) (Entered: 06/23/2023) |
| 06/23/2023 | 60<br>(62 pgs; 2 docs) | Chapter 11 Small Business Disclosure Statement *with Exhibits* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Istanbul Rego Park, Inc.). (Attachments: # 1 Exhibit A,B,C,D,E) (Kachan, Alla) (Entered: 06/23/2023) |
| 06/23/2023 | 61<br>(4 pgs) | Notice of Hearing on Disclosure Statement Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)60 Disclosure Statement for Chapter 11 Small Bus filed by Debtor Istanbul Rego Park, Inc.) Hearing scheduled for 8/1/2023 at 02:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (Kachan, Alla) (Entered: 06/23/2023) |
| 06/26/2023 | 62<br>(7 pgs) | Motion to Extend Time *to confirm a plan and disclosure statement* Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc.. Hearing scheduled for 8/1/2023 at 02:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (Kachan, Alla) (Entered: 06/26/2023) |
| 06/26/2023 | 63<br>(2 pgs) | Affidavit/Certificate of Service Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc. (RE: related document(s)59 Ch 11 Small Business Plan filed by Debtor Istanbul Rego Park, Inc., 60 Disclosure Statement for Chapter 11 Small Bus filed by Debtor Istanbul Rego Park, Inc., 61 Notice of Hearing on Disclosure Statement filed by Debtor Istanbul Rego Park, Inc., 62 Motion to Extend Time filed by Debtor Istanbul Rego Park, Inc.) (Kachan, Alla) (Entered: 06/26/2023) |
| 06/26/2023 | 64<br>(22 pgs) | Motion to Object/Reclassify/Reduce/Expunge Claims: Claim Number(s): #7 filed by Ece Karagoz Filed by Alla Kachan on behalf of Istanbul Rego Park, Inc.. Hearing scheduled for 8/1/2023 at 02:30 PM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (Kachan, Alla) (Entered: 06/26/2023) |
| 06/27/2023 | | Hearing Held; Appearances: Jeremy Sussman (United States Trustee), Alla Kachan (Counsel to Debtor), Leo Gagion (Counsel to NYS Department of Taxation And Finance). (RE: related document(s) 34 Motion to Convert Case Chapter 11 to 7,Motion to Dismiss Case,Motion to Appoint Trustee Filed by U.S. Trustee Office of the United States Trustee) Granted - Dismissed - Submit Order. (sej) (Entered: 06/28/2023) |
| 06/27/2023 | | Hearing Held; Appearances: Jeremy Sussman (United States Trustee), Alla Kachan (Counsel to Debtor), Leo Gagion (Counsel to NYS Department of Taxation And Finance). (RE: related document(s) 9 Order Scheduling Initial Case Management Conference) Marked off. (sej) (Entered: 06/28/2023) |
| 06/27/2023 | | Hearing Held; Appearances: Jeremy Sussman (United States Trustee), Alla Kachan (Counsel to Debtor), Leo Gagion (Counsel to NYS Department of Taxation And Finance). (RE: related document(s) 54 Motion to Extend Time Filed by Debtor Istanbul Rego Park, Inc.) Marked off. (sej) (Entered: 06/28/2023) |

| | | |
|---|---|---|
| 06/29/2023 | 65 (3 pgs; 2 docs) | Order Dismissing Chapter 11 Case WITH PREJUDICE and Barring Debtor(s) from refiling it for one year.The case of Istanbul Rego Park Inc. dba Black Sea Fish and Grill, commenced under chapter 11 of the Bankruptcy Code, be and hereby is dismissed pursuant to 11 U.S.C. § 1112(b) with prejudice and one-year bar to refiling. Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.. (RE: related document(s)34 Motion to Convert Case Chapter 11 to 7 filed by U.S. Trustee Office of the United States Trustee, Motion to Dismiss Case, Motion to Appoint Trustee). Signed on 6/29/2023 (ssw) (Entered: 06/29/2023) |
| 07/01/2023 | 66 (4 pgs) | BNC Certificate of Mailing with Notice/Order Notice Date 07/01/2023. (Admin.) (Entered: 07/02/2023) |
| 07/06/2023 | | Marked Off; Case Dismissed. (related document(s): 61 Notice of Hearing on Disclosure Statement filed by Istanbul Rego Park, Inc.) (AngelaHoward) (Entered: 07/06/2023) |
| 07/31/2023 | | Marked Off; Case Dismissed. (related document(s): 62 Motion to Extend Time filed by Istanbul Rego Park, Inc.) (AngelaHoward) (Entered: 07/31/2023) |
| 07/31/2023 | | Marked Off; Case Dismissed. (related document(s): 64 Motion to Object/Reclassify/Reduce/Expunge Claims filed by Istanbul Rego Park, Inc.) (AngelaHoward) (Entered: 07/31/2023) |
| 10/17/2023 | | Bankruptcy Case Closed (aac) (Entered: 10/17/2023) |

---


## PACER Service Center

### Transaction Receipt

| | | | |
|---|---|---|---|
| 11/25/2026 12:41:35 | | | |
| **PACER Login:** | ekesq2014 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1-22-43000-nhl Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |